AO 440 (Rev. 8/01) Summons in a Civil Action     Cm# 91710821333393094837281

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

TIMOTHY JOE REEVES

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:05-CV-00542-M

TO: (Name and address of Defendant)

United States of America
c/o Leura Garrett Canary
United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Drew Redden
Redden Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2605

G. David Johnston
William W. Hinesley
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street (36303)
Post Office Box 2246
Dothan, Alabama  36302

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  6-23-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                          *Signature of Server*

                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action   CM#91 71082133393O 9483 7274

# UNITED STATES DISTRICT COURT

__MIDDLE_____ District of _____ALABAMA_____

TIMOTHY JOE REEVES

V.                                **SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA

CASE NUMBER:    1:05-CV-00542-M

TO: (Name and address of Defendant)

United States of America
Honorable Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Drew Redden                          G. David Johnston
Redden Mills & Clark                    William W. Hinesley
940 Financial Center                    Johnston, Hinesley, Flowers & Clenney, P.C.
505 North 20th Street                   291 North Oates Street (36303)
Birmingham, Alabama  35203-2605         Post Office Box 2246
                                        Dothan, Alabama  36302

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              6-23-05

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                            *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action          Cert Mail #91 7108213339309483267

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

TIMOTHY JOE REEVES  
V.  
UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:05-CV-00542-M

TO: (Name and address of Defendant)

Commissioner of Internal Revenue Service  
Department of Treasury  
1500 Pennsylvania Avenue, NW  
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Drew Redden  
Redden Mill & Clark  
940 Financial Center  
505 North 20th Street  
Birmingham, Alabama 35203-2605

G. David Johnston  
William W. Hinesley  
Johnston, Hinesley, Flowers & Clenney, P.C.  
291 North Oates Street (36303)  
Post Office Box 2246  
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                      6-23-05  
CLERK                                                   DATE

(By) DEPUTY CLERK

◥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date          *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.