**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   c/o Leura Garrett Canary
   United States Attorney
   One Court Square, Suite 201
   Montgomery, Alabama 36104

   05cv542 StC

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Nancy Yarn
B. Date of Delivery: 6/24/05
C. Signature: X Nancy Yarn
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

91 7108 2133 3930 9483 7281

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952