| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Received by the<br>Commissioner's Correspondence<br>Office<br>C. Signature<br>X | B. Date of Delivery<br><br>☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Commissioner of Internal<br>Revenue Service<br>Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br><br>05 cv 542 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUN 28 2005<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2.  91 7108 2133 3930 9483 7267 | | |

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952