IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv542-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 12) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 5th day of January, 2006.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE