IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-00542-T |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

RECEIVED 2006 JAN 17 A 11:09 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, who moves this Court for an amendment to the scheduling order to extend the time (i) for Plaintiff to identify his expert witness and to produce said expert witness's report, (ii) for Defendant to identify its expert witness and to produce said expert witness's report, (iii) for the deadline for dispositive motions; and (iv) for the deadline for discovery. As grounds therefor, Plaintiff alleges that additional time is needed by the parties to identify their expert witnesses and for said witnesses to produce their reports, thereby necessitating extending the deadlines for discovery and for dispositive motions, and that counsel for Defendant does not oppose this Motion.

WHEREFORE, Plaintiff moves this Court to amend its scheduling order (i) to extend the deadline for the Plaintiff to identify his expert and to produce said expert's report from January 31, 2006 to March 2, 2006, (ii) to extend the deadline for the Defendant to identify its expert and to produce said expert's report from March 2, 2006 to April 3, 2006, (iii) to extend the deadline for completion of discovery from April 4, 2006 to April 21, 2006, and (iv) to extend the deadline for dispositive motions to April 14, 2006.

Respectfully submitted,

/s/ Drew Redden
_____
L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457


/s/ G. David Johnston
_____
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


/s/ William W. Hinesley
_____
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Motion To Amend Scheduling Order upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198, on this _16_ th day of January, 2006.

_____
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115