IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES,      )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>UNITED STATES OF AMERICA, )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO.<br>1:05cv542-MHT |

### ORDER

It is ORDERED that the motion to amend scheduling order (Doc. No. 16) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 11) were not only accepted by the parties, they were suggested by them (Doc. No. 10).

DONE, this the 20th day of January, 2006.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE