# EXCISE TAX CALCULATION

**Tim Reeves**

**For Specific Tax Periods in 2004, 2005, 2006 and 2007**

**David W. Parsons, CPA**

**ParsonsGroup, LLC**

ParsonsGroup, LLC



110 Medical Drive
Dothan, Alabama 36303

Post Office Box 490
Dothan, Alabama 36302

phone: 334.793.3122
fax: 334.793.2960

web: www.parsonsgroupllc.com
email: inquiry@parsonsgroupllc.com

January 30, 2006

David Johnston, Esq.
Johnston, Hinesley, Flowers & Clenney
291 N. Oates Street
Dothan, AL 36303

Dear David:

At your request, we have performed an excise tax calculation to determine the excise tax liability, excluding any applicable interest and penalties, due from Mr. Tim Reeves for specific tax periods during the 1994, 1995, 1996, and 1997 tax year. The objective of this analysis was to determine a reasonable estimate of the excise taxes due on gross wagers during the aforementioned time period.

Based upon our analysis and on the information contained in the accompanying detailed narrative report that follows, We have concluded that the excise tax liability, excluding any applicable interest and penalties, due from Mr. Tim Reeves for the years in question is:

Excise Tax Liability          $158,938.16

This calculation is subject to the assumptions and limiting conditions presented in Appendix A.

We have no financial interest or contemplated financial interest in the property that is the subject of this report. Our fees for this valuation are based upon our normal hourly billing rates and in no way are contingent upon the results of our findings. We have no responsibility to update this report for events and circumstances occurring subsequent to the date of this report.

This report has been prepared for the specific purpose of determining the excise tax laity of Mr. Tim Reeves for specific tax periods during 1994, 1995, 1996, and 1997, and is intended for no other purpose. This report is not to be copied or made available to any persons other than those indicated in this report without the express written consent of ParsonsGroup, LLC.

Sincerely,

David W. Parsons, CPA
ParsonsGroup, LLC

[ Experience + Vision = Financial Success ]

# Table of Contents

**INTRODUCTION**..................................................................................**1**

   **I.**   **Description of Assignment**............................................**1**

   **II.**  **Sources of Information**.................................................**1**

   **III.** **Background** .................................................................**2**


**EXCISE TAX CALCULATION** ...............................................**4**

   **I.**   **Calculation of Daily Average Wagers**...........................**4**

   **II.**  **Calculation of Specific Day Wagers Per Year** ...............**4**

   **III.** **Calculation of Excise Tax Payable**................................**5**


**REPORT APPENDIX**.........................................................**11**

   **I.**   **Appendix A: Assumptions and Limiting Conditions**......**11**

   **II.**  **Appendix B: Qualifications of Expert** ........................ **13**

   **III.** **Appendix C: Affidavit of Ronald Lynn Cherry**................ **16**

   **IV.** **Appendix D: 886A For Taxpayer Tim Reeves -Exhbit F** .............. **20**

   **V.**  **Appendix E: Nevada State Gaming Control Board**
       **Revenue Report** ......................................................... **23**

# INTRODUCTION

## I.    Description of Assignment

ParsonsGroup, LLC has been engaged by Mr. David Johnston, Esq. to determine the excise tax liability for Mr. Tim Reeves that resulted from the illegal gambling operations of Mr. Reeves during the following tax periods:

September 30, 1994
October 31, 1994
November 30, 1994
December 31, 1994
January 31, 1995
September 30, 1995
October 31, 1995
November 30, 1995
December 31, 1995
January 31, 1996
September 30, 1996
October 31, 1996
November 30, 1996
December 31, 1996
January 31, 1997

Mr. Johnston represents Mr. Reeves. There were no books and records maintained by Mr. Reeves for the gambling operations during this time period.  However, the FBI did obtain tape recordings of the gambling operations via wire tap for the consecutive dates beginning December 27, 1996 and ending January 12, 1997.  The information obtained from the tape recordings along with additional information described in this report were used as the basis of the calculation of the excise tax liability.

## II.    Sources of Information

This engagement involved an analysis of Mr. Reeves gambling operations from information derived from various sources.  In the course of our findings, our work included the following:

- Interviews with the following:
  - o  Mr. David Johnston, Esq. to obtain information pertaining to the scope of the pending litigation related to this analysis.
  - o  Mr. Tim Reeves to obtain information related to the gambling operations overseen by Mr. Reeves during the periods previously referenced in this report.
  - o  Mr. Ronnie Cherry to obtain information related to the gambling operations of Mr. Reeves.

- Analysis of Form 886A prepared by the Department of Treasury – Internal Revenue Service assessing Excise Taxes on estimated wagers during the periods previously referenced in this report.

- Analysis of other relevant documents pertaining to this case obtained from Mr. Johnston.

- Research of specific factors pertinent to the gambling industry, which specifically included wagers placed on football.

Financial and other pertinent information provided has been accepted without further verification. See Appendix A for a complete list of assumptions and limiting conditions to which this calculation is subject.

## III.  Background

In September of 1994, Mr. Reeves established an illegal sports bookmaking operation ("The Operation") in which wagers were taken on various football games in the National Football League and NCAA Division I. Wagers were only received by The Operation on days which games were played by teams in each respective league[1]. The gross wagers received by The Operation were highest on Saturdays and Sundays during each respective season, with wagers on Monday's NFL game equaling an estimated 10% of the Saturday and Sunday wagers, and wagers placed on any other games during the week equaling an estimated 5% of the Saturday and Sunday wagers[2]. The gross wagers accepted by The Operation have been estimated to have increased at an average rate of 5% per year from 1994 football season to the 1996 football season[3].

On December 27, 1996, the FBI initiated a Federally authorized wire tap of the telephone lines of The Operation[4]. The wire tap ended on January 12, 1997, when The Operation was shut down by the FBI with the help of state and local law enforcement agencies.

------------------------

[1] See Appendix A

[2] See Appendix A

[3] See Appendix A

[4] See Appendix D

The tape recordings produced from the wire taps produced the following wagers for each day of the wire tap term:

| Date | | Wagers | Reference |
|------|---|--------|-----------|
| 12/27/1996 | $ | 56,000 | See Appendix D |
| 12/28/1996 | $ | 74,865 | See Appendix D |
| 12/29/1996 | $ | 70,790 | See Appendix D |
| 12/30/1996 | $ | 45,597 | See Appendix D |
| 12/31/1996 | $ | 71,025 | See Appendix D |
| 1/1/1997 | $ | 141,945 | See Appendix D |
| 1/2/1997 | $ | 38,215 | See Appendix C |
| 1/3/1997 | $ | - | See Appendix C |
| 1/4/1997 | $ | 46,600 | See Appendix C |
| 1/5/1997 | $ | 57,290 | See Appendix C |
| 1/6/1997 | $ | - | See Appendix C |
| 1/7/1997 | $ | - | See Appendix C |
| 1/8/1997 | $ | - | See Appendix C |
| 1/9/1997 | $ | - | See Appendix C |
| 1/10/1997 | $ | - | See Appendix C |
| 1/11/1997 | $ | - | See Appendix C |
| 1/12/1997 | $ | 8,365 | See Appendix C |

# EXCISE TAX CALCULATION

## I.    Calculation of Daily Average Wagers

The calculation of the daily average wagers during the wire tap period was determined by using the daily wager amounts derived from the tape recordings produced by the wire taps and dividing the sum of the daily wagers by the number of days.  Any dates with no wager activity, which were dates with no football games, were excluded as well as wager activity from January 12, 1997 because this did not represent a full day of operations.

| Days | Date | Wagers Per Wire Tap | Vigorish* | Total Gross Wagers | Reference |
|------|------|---------------------|-----------|--------------------|-----------|
| 1 | 12/27/1996 | $ 56,000 | 5% | $ 58,800 | See Appendix D |
| 2 | 12/28/1996 | $ 74,865 | 5% | $ 78,608 | See Appendix D |
| 3 | 12/29/1996 | $ 70,790 | 5% | $ 74,330 | See Appendix D |
| 4 | 12/30/1996 | $ 45,597 | 5% | $ 47,877 | See Appendix D |
| 5 | 12/31/1996 | $ 71,025 | 5% | $ 74,576 | See Appendix D |
| 6 | 1/1/1997 | $ 141,945 | 5% | $ 149,042 | See Appendix D |
| 7 | 1/2/1997 | $ 38,215 | 5% | $ 40,126 | See Appendix D |
| 8 | 1/4/1997 | $ 46,600 | 5% | $ 48,930 | See Appendix C |
| 9 | 1/5/1997 | $ 57,290 | 5% | $ 60,155 | See Appendix C |
| | | Total | | $ 632,444 | |
| | | Divided # Days | | 9 | |
| | | **Daily Average** | | **$ 70,271** | |

*Vigorish percentage based on bookmaker winning 50% of gross bets placed, and vigorish is only charged to bets bookmaker wins.  See Appendix E

## II.    Calculation of Specific Day Wagers Per Year

The calculation of Specific Day Wagers Per Year is determined by beginning with the daily average computed above based on information obtained from the FBI wire taps of daily wager activity from December 27, 1996 to January 12, 1997.  The averages were then adjusted based on the following information obtained in regards to The Operation:

- The wagering volume on Mondays was approximately 10% of the volume of a Saturday or Sunday.

- The wagering volume on Tuesday thru Friday was approximately

5% of the volume of a Saturday or Sunday

- The gross wagers taken by The Operation increased at an approximate rate of 5% per year since its inception in 1994.

| Avg. Daily Bet | 1994-1995 | 1995-1996 | 1996-1997 | |
|---|---|---|---|---|
| Saturday | $ 63,738 | $ 66,925 | $ 70,271 | |
| Sunday | $ 63,738 | $ 66,925 | $ 70,271 | |
| Monday | $ 6,374 | $ 6,693 | $ 7,027 | (10% of Saturday/Sunday)* |
| Thursday | $ 3,187 | $ 3,346 | $ 3,514 | (5% of Saturday/Sunday)* |
| Other | $ 3,187 | $ 3,346 | $ 3,514 | (5% of Saturday/Sunday)* |

*See Appendix A

## III.  Calculation of Excise Tax Payable

The calculation of the excise tax payable was determined by taking the applicable "Specific Day Wager Per Year" computed above and applying that average to the respective day for which a NCAA Division I and(or) NFL football game was played, assuming The Operation was open according to the information provided in Appendix C.  There are two exceptions to this application:

1. The average daily bet for January 1 of each football season is determined by the Saturday/Sunday average for that respective football season regardless of the day of the week the game was played.  This average is applied due to the increased volume of betting that generally occurs on the NCAA Division I New Year's Day bowl games.

2. The actual amounts of betting that occurred during the wire tap period beginning on December 27, 1996 and ending on January 12, 1997 were used instead of averages.

The "Specific Day Wagers" for each respective day was then multiplied by the applicable excise tax rate of 2% to determine the excise tax liability due for each day for which The Operation was open.

The actual calculation is presented below:

| DAY | MONTH | DATE | YEAR | Average Daily Wagers | Excise Tax Rate | Excise Tax Payable |
|---|---|---|---|---|---|---|
| THURSDAY | SEPTEMBER | 15 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | SEPTEMBER | 17 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | SEPTEMBER | 18 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | SEPTEMBER | 19 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | SEPTEMBER | 22 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | SEPTEMBER | 24 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | SEPTEMBER | 25 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | SEPTEMBER | 26 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | SEPTEMBER | 29 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | OCTOBER | 1 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | OCTOBER | 2 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | OCTOBER | 3 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | OCTOBER | 6 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | OCTOBER | 8 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | OCTOBER | 9 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | OCTOBER | 10 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | OCTOBER | 13 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | OCTOBER | 15 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | OCTOBER | 16 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | OCTOBER | 17 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | OCTOBER | 20 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | OCTOBER | 22 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | OCTOBER | 23 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | OCTOBER | 24 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| SATURDAY | OCTOBER | 29 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | OCTOBER | 30 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | OCTOBER | 31 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | NOVEMBER | 3 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | NOVEMBER | 5 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | NOVEMBER | 6 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | NOVEMBER | 7 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | NOVEMBER | 10 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | NOVEMBER | 12 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | NOVEMBER | 13 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | NOVEMBER | 14 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| SATURDAY | NOVEMBER | 19 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | NOVEMBER | 20 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | NOVEMBER | 21 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | NOVEMBER | 24 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | NOVEMBER | 26 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | NOVEMBER | 27 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | NOVEMBER | 28 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| THURSDAY | DECEMBER | 1 | 1994 | $ 3,186.92 | 2% | $ 63.74 |
| SATURDAY | DECEMBER | 3 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| SUNDAY | DECEMBER | 4 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |
| MONDAY | DECEMBER | 5 | 1994 | $ 6,373.83 | 2% | $ 127.48 |
| SATURDAY | DECEMBER | 10 | 1994 | $ 63,738.31 | 2% | $ 1,274.77 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SUNDAY | DECEMBER | 11 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| MONDAY | DECEMBER | 12 | 1994 | $ | 6,373.83 | 2% | $ | 127.48 |
| THURSDAY | DECEMBER | 15 | 1994 | $ | 3,186.92 | 2% | $ | 63.74 |
| SATURDAY | DECEMBER | 17 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | DECEMBER | 18 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| MONDAY | DECEMBER | 19 | 1994 | $ | 6,373.83 | 2% | $ | 127.48 |
| SATURDAY | DECEMBER | 24 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | DECEMBER | 25 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| MONDAY | DECEMBER | 26 | 1994 | $ | 6,373.83 | 2% | $ | 127.48 |
| THURSDAY | DECEMBER | 29 | 1994 | $ | 3,186.92 | 2% | $ | 63.74 |
| SATURDAY | DECEMBER | 31 | 1994 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | JANUARY | 1 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| MONDAY | JANUARY | 2 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SATURDAY | JANUARY | 7 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | JANUARY | 8 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | JANUARY | 15 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SUNDAY | JANUARY | 29 | 1995 | $ | 63,738.31 | 2% | $ | 1,274.77 |
| SATURDAY | SEPTEMBER | 16 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | SEPTEMBER | 17 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | SEPTEMBER | 18 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | SEPTEMBER | 21 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | SEPTEMBER | 23 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | SEPTEMBER | 24 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | SEPTEMBER | 25 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | SEPTEMBER | 28 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | SEPTEMBER | 30 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | OCTOBER | 1 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | OCTOBER | 2 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | OCTOBER | 5 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | OCTOBER | 7 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | OCTOBER | 8 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | OCTOBER | 9 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | OCTOBER | 12 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | OCTOBER | 14 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | OCTOBER | 15 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | OCTOBER | 16 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | OCTOBER | 19 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | OCTOBER | 21 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | OCTOBER | 22 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | OCTOBER | 23 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | OCTOBER | 26 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | OCTOBER | 28 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | OCTOBER | 29 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | OCTOBER | 30 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | OCTOBER | 31 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | NOVEMBER | 4 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | NOVEMBER | 5 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | NOVEMBER | 6 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | NOVEMBER | 9 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SATURDAY | NOVEMBER | 11 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | NOVEMBER | 12 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | NOVEMBER | 13 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | NOVEMBER | 16 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | NOVEMBER | 18 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | NOVEMBER | 19 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | NOVEMBER | 20 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | NOVEMBER | 23 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | NOVEMBER | 25 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | NOVEMBER | 26 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | NOVEMBER | 27 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | NOVEMBER | 30 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | DECEMBER | 2 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| SUNDAY | DECEMBER | 3 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | DECEMBER | 4 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | DECEMBER | 7 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | DECEMBER | 9 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | DECEMBER | 10 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | DECEMBER | 11 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | DECEMBER | 14 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | DECEMBER | 16 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | DECEMBER | 17 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | DECEMBER | 18 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | DECEMBER | 19 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | DECEMBER | 23 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | DECEMBER | 24 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | DECEMBER | 25 | 1995 | $ | 6,692.52 | 2% | $ | 133.85 |
| THURSDAY | DECEMBER | 28 | 1995 | $ | 3,346.26 | 2% | $ | 66.93 |
| SATURDAY | DECEMBER | 30 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | DECEMBER | 31 | 1995 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| MONDAY | JANUARY | 1 | 1996 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SATURDAY | JANUARY | 6 | 1996 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | JANUARY | 7 | 1996 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | JANUARY | 14 | 1996 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | JANUARY | 28 | 1996 | $ | 66,925.22 | 2% | $ | 1,338.50 |
| SUNDAY | SEPTEMBER | 15 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | SEPTEMBER | 16 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | SEPTEMBER | 19 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | SEPTEMBER | 21 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | SEPTEMBER | 22 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | SEPTEMBER | 23 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | SEPTEMBER | 26 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | SEPTEMBER | 28 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | SEPTEMBER | 29 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | SEPTEMBER | 30 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | OCTOBER | 3 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | OCTOBER | 5 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | OCTOBER | 6 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | OCTOBER | 7 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |

| THURSDAY | OCTOBER | 10 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
|---|---|---|---|---|---|---|---|---|
| SATURDAY | OCTOBER | 12 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | OCTOBER | 13 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | OCTOBER | 14 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | OCTOBER | 17 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | OCTOBER | 19 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | OCTOBER | 20 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | OCTOBER | 21 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| SATURDAY | OCTOBER | 26 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | OCTOBER | 27 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | OCTOBER | 28 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | OCTOBER | 31 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | NOVEMBER | 2 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | NOVEMBER | 3 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | NOVEMBER | 4 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | NOVEMBER | 7 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | NOVEMBER | 9 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | NOVEMBER | 10 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | NOVEMBER | 11 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | NOVEMBER | 14 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | NOVEMBER | 16 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | NOVEMBER | 17 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | NOVEMBER | 18 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | NOVEMBER | 21 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | NOVEMBER | 23 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | NOVEMBER | 24 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | NOVEMBER | 25 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | NOVEMBER | 28 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | NOVEMBER | 30 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | DECEMBER | 1 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | DECEMBER | 2 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | DECEMBER | 5 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | DECEMBER | 7 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | DECEMBER | 8 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | DECEMBER | 9 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| SATURDAY | DECEMBER | 14 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | DECEMBER | 15 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | DECEMBER | 16 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| THURSDAY | DECEMBER | 19 | 1996 | $ | 3,513.57 | 2% | $ | 70.27 |
| SATURDAY | DECEMBER | 21 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| SUNDAY | DECEMBER | 22 | 1996 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| MONDAY | DECEMBER | 23 | 1996 | $ | 7,027.15 | 2% | $ | 140.54 |
| FRIDAY | DECEMBER | 27 | 1996 | $ | 58,800.00 | 2% | $ | 1,176.00 |
| SATURDAY | DECEMBER | 28 | 1996 | $ | 78,608.25 | 2% | $ | 1,572.17 |
| SUNDAY | DECEMBER | 29 | 1996 | $ | 74,329.50 | 2% | $ | 1,486.59 |
| MONDAY | DECEMBER | 30 | 1996 | $ | 47,876.85 | 2% | $ | 957.54 |
| TUESDAY | DECEMBER | 31 | 1996 | $ | 74,576.25 | 2% | $ | 1,491.53 |
| WEDNESDAY | JANUARY | 1 | 1997 | $ | 149,042.25 | 2% | $ | 2,980.85 |
| THURSDAY | JANUARY | 2 | 1997 | $ | 40,125.75 | 2% | $ | 802.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SATURDAY | JANUARY | 4 | 1997 | $ | 48,930.00 | 2% | $ | 978.60 |
| SUNDAY | JANUARY | 5 | 1997 | $ | 60,154.50 | 2% | $ | 1,203.09 |
| SUNDAY | JANUARY | 12 | 1997 | $ | 70,271.48 | 2% | $ | 1,405.43 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | | | | | $ | 158,938.16 |

# REPORT APPENDIX

## I.  Appendix A: Assumptions and Limiting Conditions

This report has been prepared for the specific purpose of determining the excise tax liability of Mr. Tim Reeves for specific tax periods during 1994, 1995, 1996, and 1997, and is intended for no other purpose. This report is not to be copied or made available to any persons other than those indicated in this report without the express written consent of ParsonsGroup, LLC.

This report is made subject to the following contingent and limiting conditions:

- Specific information related to the operations of Mr. Reeves gambling operations was determined through interviews with Mr. Reeves, his legal staff, and the information presented in Appendix D and Appendix C.

- Public information, purchased private information and industry statistical information are from sources we deem reliable; however, we make no representation as to the accuracy or completeness of such information, and have accepted the information without further verification.

- This report and its related calculations were prepared using various software applications potentially including Microsoft Word© and Microsoft Excel©, and/or various Internet-related software, third-party data (as indicated) and information.

- No opinion, counsel or interpretation is intended in matters that require legal or other appropriate professional advice. It is assumed that such opinions, counsel or interpretations have been or will be obtained from the appropriate professional sources.

- The analyses, opinions, and conclusions presented in this report apply to this engagement only and may not be used out of the context presented herein. This report is valid only for the effective date(s) specified and only for the purpose(s) specified herein.

- Although we have exerted considerable diligence and applied our best efforts in constructing this document, immaterial anomalies, if any, may arise. Even so, we are confident that our overall conclusion would still fall within a materially consistent conclusion.

- While the client has not informed ParsonsGroup, LLC of any intent to do so, any third parties to whom this report is shown may be assured that this report, while performed in the employ of the client, was materially prepared on a non-advocacy basis. Any third persons; however, are cautioned that ParsonsGroup, LLC have no duty to you and, therefore, no warranty is expressed or implied. Nothing in this report is intended to replace your independent sole judgment, due diligence, or decision to seek professional legal, accounting, or valuation counsel.

- This report has been prepared solely for the use of the party or parties named and specifically for the purposes set out therein. In accordance with normal practice, we hereby disclaim liability to any other person. Any other person should not rely upon the

information and conclusions reached nor should any statement in this report be used for any other purpose without written consent from ParsonsGroup, LLC.

- The statements and opinions given in this report are given in good faith and in the belief that such statements are not false or misleading. In preparing this report we have relied upon information believed to be reliable and accurate provided by Mr. Reeves, Mr. Johnston and other sources. We have no reason to believe that any material facts have been withheld from us, nor do we warrant that our investigation has revealed all of the matters in which an audit or more extensive examination might disclose.

- This valuation reflects facts and conditions existing at the date of this valuation. Subsequent events have not been considered, and we have no obligation to update our report for such events and conditions.

- None of the partners or employees of ParsonsGroup, LLC have any personal interest with respect to the parties involved, or any other interest that might prevent us from performing an unbiased valuation. Our compensation is not contingent on an action or event resulting from the analysis, opinions, or conclusions in, or the use of, this report.

- Possession of this report does not carry with it the right of publication. It may not be used for any purpose by any person other than the client to whom it is addressed without our written consent and, in any event, only with proper written qualifications and only in its entirety.

- Neither all nor any part of the contents of this report shall be disseminated to the public through advertising, public relations, news, sales, or other media without our prior written consent and approval.

- Liability of ParsonsGroup, LLC and its partners and employees for errors and omissions, if any, in this work will be limited to the amount of its compensation for the work performed in this assignment.

This report is further subject to any other contingencies, assumptions, and limiting conditions that may be set out elsewhere within this report.

## II.    Appendix B: Qualifications of Expert

**DAVID W. PARSONS, CPA**
**Curriculum Vitae**
**January 30, 2006**

Citizenship:  U.S.A.

Birth Date:  November 24, 1950

Education:  B.S., Accounting, University of Alabama 1973

Certified by the State of Alabama Board of Accountancy May 9th, 1975

**Past & Present Employment:**
1973-74 Lester Witte & Company, Staff Accountant
1974-76 Stutts, Eubank & Kizziah, CPA's, Partner
1976-79 David Parsons, CPA, Managing Partner
1979-87 Eubank & Parsons, CPA's Partner
1987-05 David Parsons & Company, CPA's, Managing Partner
2005 – Present, ParsonsGroup, LLC, Managing Partner

**Memberships in Professional Organizations:**
American Institute of Certified Public Accountants (since 1975)
Alabama Society of Certified Public Accountants (since 1975)
Southeast Alabama Chapter of CPA's (since formation)
CPA'S.NET (Since 2004)

**Seminars Presented:**
1984 Cumberland Institute for Continuing Education-
        Incorporating the Closely Held Business
1985 Cumberland Institute for Continuing Education -
        Tax Related Subject
1986 Cumberland Institute for Continuing Education-
        Closely Held Corporations
1987 Cumberland Institute for Continuing Education-
        The Tax Reform Act of 1986
1990 Cumberland Institute for Continuing Education -
        Tax Reform Act of 1986 Revisited
1991 Cumberland Institute for Continuing Education -
        The Use of Trusts in Estate Planning:  Part I
1993  Troy State University – Small Business Tax Education
2003  Wiregrass Nurse Practitioners – Starting a Rural Healthcare Clinic

**Civic Involvement:**

Board of Directors – Compass Bank
Houston County Commission:
      Houston County Port Authority
Flowers Hospital – Board of Trustees
Dothan By Design – Board Member
     Served as Chairman first 2 years of DXD existence
Dothan Area Chamber of Commerce:
     Board of Directors
     Past Chairman
     Past Vice Chairman – Economic Development Council
     Past Vice Chairman – Membership Council
     Past Treasurer
Dothan Boys Club
     Past President
     Vice President
     Treasurer
Dothan Area Convention & Visitors Bureau
     Past Board Member
Business Industry & Education Council Board Member
Dothan Jaycees
     Jaycee of the Year
     Vice President – Membership
     Vice President – Governmental Affairs
     Treasurer
Alabama Alumni Association
     Treasurer
Calvary Baptist Church
     Past Finance Committee Chairman
     Past Family Life Center Construction Committee Member
     Deacon

## Schedule of Cases in which Testimony has been given in Past 4 Years:

1. United States Bankruptcy Court
   Middle District of Alabama
   Tri-State Plant Food, Inc. Debtor
   Houston County
   Case No. 00-02778-WRS

   Testimony was on behalf of Tri-State Plant Food, Inc.
   Attorney: Andrew H. Hollis

2. Glenn G. Cannon v. Pamela C. Weathers
   Circuit Court of Houston County
   Case Number CV 00 5121

   Testimony was on behalf of Pamela C. Weathers
   Attorney:  Joel Weatherford

3. Joe T. Malugen v. Vaughn Hadden
   Circuit Court of Houston County
   Case No.CV-2000-822-H

   Testimony was on behalf of Joe T. Malugen
   Attorney:  Bill Lee

4. Henderson v. Henderson
   Circuit Court of Coffee County
   Case No. CV – DR-01-98

   Testimony was on behalf of John T. Henderson
   Attorney:  Joe Sawyer

## III. Appendix C: Affidavit of Ronald Lynn Cherry

STATE OF ALABAMA )
)
COUNTY OF HOUSTON )

## AFFIDAVIT OF RONALD LYNN CHERRY

Personally appeared before me, the undersigned notary public, **Ronald Lynn Cherry**, who being known to me being first duly sworn, deposes and states on oath as follows:

1. My name is Ronald Lynn Cherry. I am over the age of twenty-one (21) years, and I reside at 177 Campbellton Highway, Dothan, Alabama 36301.

2. During the time period 1994 through January 12, 1997, I worked with Timothy Joe Reeves in the football bookmaking operation. I was primarily responsible for managing such bookmaking operation for Timothy Joe Reeves.

3. I have recently reviewed a recent excise tax assessment by the Internal Revenue Service against Timothy Joe Reeves which is now a pending lawsuit styled <u>Timothy Joe Reeves v. United States of America</u>, Case No. 1:05-CV-00542-T. In my review of the excise tax, interest and penalties that are alleged by the United States of America (Internal Revenue Service) to be due and payable by Timothy Joe Reeves, I have had the opportunity to analyze and review government calculations of the wagering excise tax based upon calculations of football wagers made for a 7-day time period beginning December 27, 1996, and ending January 2, 1997, with such calculated average of football wagering amounts being extrapolated and applied to the 1994, 1995 and 1996 college and professional football seasons to determine football wagering for each such season.

4. In my course of review of the government calculations made for the 7-day time period beginning December 27, 1996, and ending January 2, 1997, I also analyzed and reviewed the

government tapes from the government wiretap for the 1 day of December 27, 1996, and the 10 days beginning January 3, 1997, and ending January 12, 1997. I was unable to analyze and review the 6 days of December 28, 1996, through January 2, 1997, as the government has not yet produced the tapes for that portion of the wiretap period. (The wiretap was for a total of 17 days beginning December 27, 1996, and ending January 12, 1997.)

5.    I determined from my review of the government wiretap as evidenced by my analysis of the tapes that there were 3 days of actual operation of the football wagering business during the time period of January 3, 1997, through January 12, 1997. The actual days of accepting football wagers for such 10 day period occurred on January 4, 1997, January 5, 1997, and on January 12, 1997 (nominal activity for such day due to shutdown by government agents early that day); my review of the government tapes revealed no football wagering activity for the 7 days of January 3, 1997, and January 6, 1997, through January 11, 1997 (which were days that the football bookmaking business was not open).

6.    As manager of the football bookmaking operation, the actual days that football wagers were accepted only took place during the regular college and professional football season on each Monday evening for 1 professional football game (open for 3 hours from 5:00 p.m. to 8:00 p.m.), each Thursday evening for 1 college football game (open for 3 ½ hours from 4:00 p.m. to 7:30 p.m.), and all day on Saturday for college football games and all day on Sunday for professional football games. The football bookmaking operation was not open any other days during the regular college and professional football season.

7.    It was not our practice to accept football wagers when the football bookmaking operation was open for any college or professional football games other than the games scheduled to be played on the

2

actual day the football bookmaking operation was open. It was also not our practice for there to be any carryover of any wager made to a later date when the football bookmaking operation was open for business to accept football wagers.

8.     The ten (10%) "juice" or "vigorish" commission was always charged only on losing straight wagers and not on any other wagers.

9.     In my best judgment, the football bookmaking operation had wagering increases in the neighborhood of approximately 5% per year for the years 1994, 1995 and 1996.

10.    I understand that this Affidavit and the information contained herein will be used by David W. Parsons, CPA, a senior partner of Parsons & Company, certified public accountants and expert witness for Timothy Joe Reeves, in providing an analysis and expert report in the pending case of Timothy Joe Reeves v. United States of America, Case No. 1:05-CV-00542-T.


                                                    Ronald Lynn Cherry


**SWORN AND SUBSCRIBED TO BEFORE ME
THIS 30th DAY OF JANUARY, 2006.**


Notary Public

**My commission expires:** 5-13-2009

3

## IV. Appendix D: Form – 886A For Taxpayer Tim Reeves – Exhibit F

# Tim Reeves

## Calculation of Gross Wagers by Quarter (based on wire tap)

| Date | Gross Wagers | Vigorish | Amount at Risk |
|------|-------------|----------|----------------|
| 12/27/1996 | $ 56,000.00 | 10% | $ 61,600.00 |
| 12/28/1996 | $ 74,865.00 | 10% | $ 82,351.50 |
| 12/29/1996 | $ 70,790.00 | 10% | $ 77,869.00 |
| 12/30/1996 | $ 45,597.00 | 10% | $ 50,156.70 |
| 12/31/1996 | $ 71,025.00 | 10% | $ 78,127.50 |
| 1/1/1997 | $ 141,945.00 | 10% | $ 156,139.50 |
| 1/2/1997 | $ 38,215.00 | 10% | $ 42,036.50 |
| | $ 498,437.00 | | $ 548,280.70 |

| | | |
|---|---|---|
| Total Amount At Risk | $ | 548,260.70 |
| Number of Days | | 7 |
| Average Wagers per Day | $ | 78,325.81 |

## Calculation of Tax Due by Month

| | | Tax Rate | Tax Due |
|---|---|---|---|
| **September, 1994, 1995, 1996** | | | |
| Average Daily Wagers | $ 78,325.81 | | |
| Number of Days of Wagering* | 15 | | |
| Total Wagers | $ 1,174,887.21 | 2% | $ 23,497.74 |
| **October, 1994, 1995, 1996** | | | |
| Average Daily Wager | $ 78,325.81 | | |
| Number of Days of Wagering | 31 | | |
| Total Wagers | $ 2,428,100.24 | 2% | $ 48,562.00 |
| **November, 1994, 1995, 1996** | | | |
| Average Daily Wagers | $ 78,325.81 | | |
| Number of Days of Wagers | 30 | | |
| Total Wagers | $ 2,349,774.43 | 2% | $ 46,995.49 |
| **December, 1994, 1995, 1996** | | | |
| Average Daily Wagers | $ 78,325.81 | | |
| Number of Days of Wagers | 31 | | |
| Total Wagers | $ 2,428,100.24 | 2% | $ 48,562.00 |
| **January, 1995, 1996** | | | |
| Average Daily Wagers | $ 78,325.81 | | |
| Number of Days of Wagers** | 21 | | |
| Total Wagers | $ 1,644,842.10 | 2% | $ 32,896.84 |

**January, 1997**

| | | | | | |
|---|---|---|---|---|---|
| Average Daily Wagers | $ | 78,325.81 | | | |
| Number of Days of Wagers*** | | 11 | | | |
| Total Wagers | $ | 861,583.96 | 2% | $ | 17,231.68 |

**Total Tax Due**                                    $   217,745.76

Notes:

\* - Football season is generally held to begin around the middle of September

\*\* - Football season is generally held to end around the third week of January

\*\*\* - Operation was shut down upon execution of the search warrant on January 12, 1997

# V. Appendix E: Nevada State Gaming Control Board Gaming Revenue Reports

**State of Nevada**
**State Gaming Control Board**
**Gaming Revenue Report Information**

| Year Ended | Football - Sports Pool Winning Percent |
|---|---|
| December 31, 1994 | 6.25% |
| December 31, 1995 | 3.13% |
| December 31, 1996 | 2.76% |
| Total | 12.14% |
| Divided by # of Years | 3 |
| **Average Winning Percent** | **4.05%** * |

The average winning percent for football games as reported by all nonrestricted gaming licensees for 1994, 1995, and 1996 indicates that using an average winning percent of 5% is reasonable.  The 5% winning percent indicates that 50% of the bets placed are lost and the profit equaling the amount of vigorish charged. The standard vigorish is 10% of all bets lost.

NEVADA STATE GAMING CONTROL BOARD

STATEWIDE
ALL NONRESTRICTED LOCATIONS
Win Amounts are in Thousands (Add 000)

GAMING REVENUE REPORT

# OF REPORTING LOCATIONS — CURRENT MONTH: 364 · THREE MONTH: 364 · TWELVE MONTH: 373

| UNIT DESCRIPTION | CURRENT MONTH SUMMARY - DECEMBER, 1994 | | | | | THREE MONTH SUMMARY - 10/01/94 TO 12/31/94 | | | | | TWELVE MONTH SUMMARY - 01/01/94 TO 12/31/94 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT |
| **GAMES AND TABLES:** | | | | | | | | | | | | | | | |
| TWENTY-ONE | 189 | 3,371 | 78,604 | 1.89- | 13.32 | 189 | 3,330 | 227,981 | 0.36- | 13.56 | 195 | 3,387 | 955,210 | 4.74 | 14.15 |
| CRAPS | 135 | 418 | 31,512 | 11.28 | 13.81 | 135 | 413 | 92,733 | 6.11 | 13.73 | 138 | 423 | 386,197 | 6.69 | 14.13 |
| ROULETTE | 133 | 358 | 15,943 | 20.64 | 20.81 | 134 | 354 | 45,714 | 33.15 | 20.77 | 136 | 352 | 190,315 | 34.72 | 22.54 |
| WHEEL OF FORTUNE | 44 | 54 | 1,012 | 4.16 | 46.17 | 46 | 57 | 2,949 | 4.56 | 44.94 | 48 | 59 | 12,686 | 17.28 | 44.94 |
| BACCARAT | 21 | 79 | 81,924 | 44.57 | 13.85 | 23 | 70 | 139,301 | 10.23 | 15.02 | 23 | 67 | 491,244 | 42.23 | 15.19 |
| MINI-BACCARAT | 31 | 48 | 3,655 | 16.47 | 10.70 | 31 | 48 | 12,240 | 70.09 | 14.02 | 38 | 56 | 44,512 | 44.60 | 14.01 |
| KENO | 127 | 164 | 10,183 | 3.62 | 27.05 | 127 | 165 | 33,313 | 0.56 | 27.55 | 127 | 166 | 136,139 | 2.01 | 27.44 |
| BINGO | 32 | 33 | 5,330 | 16.89 | 4.20- | 36 | 37 | 11,062 | 55.91 | 2.09- | 37 | 38 | 594 | | 0.50 |
| PAN | 14 | 24 | 395- | 54.38 | 28.88 | 14 | 24 | 589- | 33.84 | 27.98 | 14 | 28 | 35,790 | 29.63 | 23.10 |
| PAI GOW POKER | 68 | 148 | 5,138 | 26.18 | 21.34 | 69 | 148 | 14,145 | 17.82 | 21.69 | 71 | 155 | 51,487 | 14.77 | 20.80 |
| RED DOG | 6 | 6 | 101 | 30.04- | 31.38 | 14 | 6 | 320 | 36.50 | 32.73 | 11 | 11 | 1,613 | 42.17 | 20.82 |
| RACE BOOK (1) | 60 | 60 | 6,495 | 5.38 | 17.42 | 63 | 63 | 20,521 | 5.70 | 16.32 | 71 | 66 | 86,864 | 4.57 | 16.53 |
| SPORTS POOL (2) | 106 | 106 | 12,014 | 1.81 | 4.75 | 106 | 106 | 58,596 | 48.01 | 7.52 | 66 | 112 | 122,450 | 78.32 | 5.73 |
| OTHER GAMES | | 301 | 10,215 | 31.31 | 24.33 | | 314 | 30,661 | 32.22 | 24.55 | 112 | 327 | 113,223 | | 25.07 |
| **TOTAL GAMES** | 194 | 5,170 | 261,731 | 16.00 | 13.46 | 194 | 5,138 | 689,147 | 10.66 | 14.11 | 200 | 5,248 | 2,628,192 | 17.72 | 14.57 |
| **CARD GAMES** | 85 | 577 | 5,946 | 0.35 | | 86 | 553 | 17,328 | 0.26- | | 93 | 586 | 71,667 | 1.20 | |
| **SLOT MACHINES:** | | | | | | | | | | | | | | | |
| 1 CENT | 12 | 155 | 132 | 18.07 | 10.77 | 13 | 157 | 393 | 17.96 | 10.62 | 15 | 169 | 1,565 | 30.25 | 10.81 |
| 5 CENT | 290 | 35,042 | 38,303 | 6.65 | 8.07 | 294 | 34,963 | 122,899 | 4.72 | 8.32 | 304 | 34,573 | 501,568 | 6.34 | 8.45 |
| 10 CENT | 77 | 762 | 895 | 5.63 | 7.34 | 81 | 792 | 3,036 | 11.87 | 8.45 | 87 | 877 | 13,855 | 5.93 | 7.90 |
| 25 CENT | 360 | 86,092 | 154,897 | 7.29 | 4.79 | 364 | 85,942 | 509,372 | 6.67 | 5.08 | 373 | 85,146 | 2,076,490 | 10.75 | 5.19 |
| 50 CENT | 92 | 1,305 | 2,290 | 9.76- | 3.13 | 94 | 1,302 | 8,972 | 4.43 | 4.02 | 100 | 1,304 | 36,237 | 13.22 | 4.28 |
| 1 DOLLAR | 335 | 31,228 | 109,418 | 11.88 | 4.19 | 339 | 31,054 | 342,665 | 6.24 | 4.28 | 339 | 30,898 | 1,393,611 | 8.53 | 4.33 |
| MEGABUCKS | 130 | 277 | 4,801 | 10.88 | 10.81 | 132 | 789 | 13,438 | 5.14- | 10.42 | 137 | | 46,760 | 26.61- | 9.44 |
| 5 DOLLAR | 104 | 2,562 | 18,222 | 31.25 | 3.50 | 104 | 2,519 | 51,252 | 23.79 | 3.50 | 105 | 2,452 | 199,791 | 19.75 | 3.53 |
| 25 DOLLAR | 47 | 294 | 2,614 | 62.18 | 3.18 | 47 | 285 | 6,491 | 26.50 | 2.89 | 48 | 291 | 22,566 | 19.31 | 2.81 |
| 100 DOLLAR | 21 | 101 | 1,705 | 514.55 | 4.02 | 21 | 121 | 3,679 | 660.43 | 3.02 | 22 | 97 | 12,419 | 28.46 | 2.78 |
| OTHER SLOT MACHINES | | 118 | 619 | 16.84- | | | 121 | 1,973 | 13.34- | | | 127 | 6,945 | 22.26- | |
| **TOTAL SLOT MACHINES** | 360 | 158,440 | 333,356 | 9.49 | 4.68 | 364 | 158,025 | 1,064,149 | 7.14 | 4.88 | 373 | 156,837 | 4,307,727 | 9.21 | 4.97 |
| **TOTAL GAMING WIN** | 360 | 158,440 | 601,033 | 12.13 | | 364 | 158,025 | 1,770,624 | 8.40 | | 373 | 156,837 | 7,007,586 | 12.16 | |
| (1)RACE PARI-MUTUEL | 31 | 31 | 3,935 | 15.46 | 17.93 | 32 | 32 | 12,640 | 17.33 | 17.21 | 32 | 32 | 50,051 | 16.32 | 16.55 |
| (2)SPORTS POOL DETAIL | | | | | | | | | | | | | | | |
| FOOTBALL | 104 | 104 | 6,938 | 12.53- | 4.50 | 104 | 104 | 38,865 | 60.69 | 6.56 | 104 | 104 | 63,507 | 106.97 | 6.25 |
| BASKETBALL | 104 | 104 | 2,609 | 88.93 | 3.01 | 104 | 104 | 5,419 | 37.21 | 3.91 | 104 | 104 | 19,290 | 11.72 | 3.19 |
| BASEBALL | 8 | 8 | 251- | 13.49- | 591.48 | 8 | 8 | 823- | 33.42- | 66.71- | 8 | 8 | 10,071 | 7.24 | 3.72 |
| SPORTS PARLAY CARDS | 102 | 102 | 2,710 | 3.54 | 25.73 | 102 | 102 | 15,863 | 14.18 | 39.02 | 102 | 102 | 25,554 | 49.67 | 37.69 |
| OTHER | | | | 95.10- | 0.55 | | | 726- | 46.87 | 8.71- | | | 4,028 | 549.38 | 5.42 |

Columns may not foot due to rounding. Unit detail is shown separately only when there are 3 or more locations reporting specific unit information. Otherwise, such information is included in 'OTHER' categories.

FIGURES ARE CURRENT AS OF: 02/06/95

NEVADA STATE GAMING CONTROL BOARD

STATEWIDE
ALL NONRESTRICTED LOCATIONS
Win Amounts are in Thousands (Add 000)

GAMING REVENUE REPORT

UNIT DESCRIPTION

| | CURRENT MONTH SUMMARY - DECEMBER, 1995 — 370 | | | | | THREE MONTH SUMMARY - 10/01/95 TO 12/31/95 — 372 | | | | | TWELVE MONTH SUMMARY - 01/01/95 TO 12/31/95 — 383 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAMES AND TABLES: | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT |
| TWENTY-ONE | 191 | 3,365 | 93,225 | 18.60 | 14.40 | 194 | 3,340 | 252,582 | 11.14 | 13.83 | 202 | 3,436 | 963,415 | 0.93 | 13.85 |
| CRAPS | 139 | 432 | 34,136 | 8.33 | 14.17 | 137 | 429 | 101,168 | 10.40 | 14.33 | 144 | 437 | 395,703 | 2.75 | 14.47 |
| ROULETTE | 137 | 377 | 17,576 | 10.22 | 23.64 | 137 | 374 | 48,278 | 5.64 | 20.07 | 141 | 381 | 189,932 | 0.66- | 21.55 |
| WHEEL OF FORTUNE | 45 | 53 | 864 | 14.60- | 44.69 | 46 | 53 | 2,583 | 12.28- | 44.20 | 54 | 62 | 10,782 | 18.96- | 44.28 |
| BACCARAT | 21 | 76 | 93,759 | 14.45 | 15.13 | 22 | 71 | 164,040 | 17.76 | 13.69 | 25 | 72 | 632,736 | 26.77 | 12.88 |
| MINI-BACCARAT | 40 | 66 | 6,005 | 64.30 | 7.45 | 41 | 65 | 18,309 | 49.90 | 10.63 | 43 | 63 | 65,137 | 46.42 | 12.33 |
| KENO | 125 | 164 | 9,561 | 6.12- | 26.96 | 125 | 164 | 30,942 | 7.12- | 27.04 | 130 | 169 | 128,261 | 5.79- | 27.29 |
| BINGO | 29 | 33 | 5 | 101.23- | 0.05 | 30 | 36 | 875 | 248.24- | 3.16 | 39 | 44 | 936 | 72.73 | 0.82 |
| CARIBBEAN STUD | 88 | 150 | 6,415 | 6.73- | 25.47 | 90 | 156 | 19,151 | 6.02- | 24.34 | 95 | 176 | 80,605 | 9.56 | 25.02 |
| LET IT RIDE | 29 | 214 | 5,767 | | 24.80 | 32 | 214 | 18,422 | | 24.80 | 39 | 192 | 55,109 | | 23.02 |
| PAI GOW | 113 | 24 | 5,093 | 0.87- | 24.88 | 115 | 28 | 9,165 | | 20.21 | 119 | 31 | 37,401 | 4.96 | 22.42 |
| PAI GOW POKER | 15 | 29 | 5,904 | 10.76 | 18.91 | 18 | 152 | 15,904 | 17.15- | 19.78 | 17 | 157 | 56,081 | 10.58 | 19.95 |
| RED DOG | 68 | 151 | 70 | 30.28 | 13.12 | 78 | | 2,113 | 12.82 | 13.27 | 75 | | 976 | 39.45- | 30.83 |
| RACE BOOK (1) | 62 | 4 | 6,535 | 0.62 | 14.55 | 75 | 75 | 21,020 | 33.51 | 15.26 | 6 | 9 | 88,166 | 1.51- | 15.53 |
| SPORTS POOL (2) | 115 | 115 | 21,713 | 80.74 | 7.76 | 115 | 115 | 44,042 | 25.09- | 5.26 | 119 | 119 | 79,415 | 15.14- | 3.27 |
| OTHER GAMES | 115 | 32 | 406 | 85.43- | 19.83 | | 38 | 1,369 | 86.49- | 2.45 | | 77 | 7,929 | 80.00- | 24.90 |
| TOTAL GAMES | 195 | 5,323 | 308,314 | 17.72 | 14.41 | 199 | 5,315 | 748,083 | 8.85 | 13.46 | 207 | 5,501 | 2,782,565 | 5.55 | 13.97 |
| CARD GAMES | 74 | 463 | 5,784 | 2.74- | | 77 | 479 | 16,228 | 6.35- | | 92 | 574 | 66,520 | 7.18- | |

| SLOT MACHINES: | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 CENT | 289 | 35,393 | 40,082 | 4.63 | 7.85 | 294 | 35,532 | 128,021 | 4.05 | 8.13 | 306 | 36,156 | 320,127 | 3.65 | 8.23 |
| 10 CENT | 75 | 739 | 795 | 11.14- | 7.07 | 77 | 734 | 2,754 | 9.29- | 7.54 | 99 | 734 | 10,248 | 1.01- | 7.43 |
| 25 CENT | 363 | 89,451 | 162,416 | 5.18 | 4.82 | 366 | 88,512 | 531,570 | 4.24 | 5.11 | 381 | 89,281 | 2,141,242 | 1.12 | 4.15 |
| 50 CENT | 89 | 1,454 | 14,000 | 4.66 | 4.30 | 91 | 1,422 | 13,419 | 49.21 | 4.77 | 98 | 1,430 | 46,267 | 22.66 | 4.15 |
| 1 DOLLAR | 344 | 32,425 | 118,072 | 7.98 | 4.19 | 347 | 32,428 | 372,968 | 8.82 | 4.36 | 357 | 32,613 | 1,458,726 | 4.67 | 4.10 |
| MEGABUCKS | 130 | 696 | 5,288 | 8.51 | 12.56 | 133 | 722 | 17,139 | 27.53 | 10.26 | 140 | 776 | 65,285 | 39.61 | 10.48 |
| 5 DOLLAR | 108 | 2,752 | 19,773 | 7.15 | 3.54 | 110 | 2,734 | 54,304 | 9.55 | 3.55 | 113 | 2,721 | 213,663 | 9.13 | 3.57 |
| 25 DOLLAR | 52 | 317 | 2,801 | 52.63- | 3.59 | 52 | 316 | 7,662 | 18.04 | 3.28 | 53 | 313 | 29,676 | 31.51 | 3.27 |
| 100 DOLLAR | 28 | 121 | 808 | 104.13 | 1.70 | 28 | 120 | 4,658 | 10.30 | 3.39 | 28 | 116 | 16,237 | 30.75 | 3.51 |
| OTHER SLOT MACHINES | | 456 | 1,560 | | | | 475 | 4,424 | 84.48 | | | 464 | 16,318 | 91.03 | |
| TOTAL SLOT MACHINES | 363 | 163,514 | 355,695 | 6.67 | 4.68 | 366 | 152,995 | 1,136,319 | 6.75 | 4.93 | 381 | 164,825 | 4,519,495 | 4.91 | 4.95 |
| TOTAL GAMING WIN | | | 669,592 | 11.39 | | | | 1,900,629 | 7.44 | | | | 7,368,580 | 5.17 | |
| (1)RACE PARI-MUTUEL | 41 | 41 | 5,754 | 46.23 | 16.49 | 42 | 42 | 18,272 | 44.61 | 16.81 | 42 | 42 | 65,977 | 31.83 | 16.49 |
| (2)SPORTS POOL DETAIL | | | | | | | | | | | | | | | |
| FOOTBALL | 112 | 112 | 15,597 | 124.82 | 8.96 | 112 | 112 | 23,969 | 38.33- | 4.16 | 112 | 112 | 32,550 | 48.75- | 3.13 |
| BASKETBALL | 112 | 112 | 139- | 105.32- | 0.17- | 112 | 112 | 3,511 | 38.21- | 2.56 | 112 | 112 | 18,652 | 3.31- | 2.70 |
| BASEBALL | 4 | 4 | 177- | 29.60- | 816.33 | 4 | 4 | 249 | 139.91- | 0.54 | 4 | 4 | 4,584 | 54.49- | 0.86 |
| SPORTS PARLAY CARDS | 112 | 112 | 5,795 | 113.87 | 43.74 | 112 | 112 | 14,977 | 5.58- | 31.55 | 112 | 112 | 19,855 | 22.30- | 27.93 |
| OTHER | | | 636 | | 6.66 | | | 1,337 | 284.07- | 4.32 | | | 3,774 | 6.30- | 3.93 |

Columns may not foot due to rounding. Unit detail is shown separately only when there are 3 or more locations reporting specific unit information. Otherwise, such information is ...luded in 'OTHER' categories.

FIGURES ARE CURRENT AS OF: 02/07/96

STATEWIDE
ALL NONRESTRICTED LOCATIONS
Win Amounts are in Thousands (Add 000)

**NEVADA STATE GAMING CONTROL BOARD**

**GAMING REVENUE REPORT**

| UNIT DESCRIPTION | CURRENT MONTH SUMMARY – DECEMBER, 1996 # OF REPORTING LOCATIONS -- 374 | | | | | THREE MONTH SUMMARY – 10/01/96 TO 12/31/96 # OF REPORTING LOCATIONS -- 375 | | | | | TWELVE MONTH SUMMARY – 01/01/96 TO 12/31/96 # OF REPORTING LOCATIONS -- 386 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAMES AND TABLES | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT |
| TWENTY-ONE | 194 | 3,500 | 83,807 | 10.02 | 13.32 | 197 | 3,455 | 242,851 | 3.86 | 13.49 | 204 | 3,518 | 975,159 | 1.22 | 13.57 |
| CRAPS | 141 | 444 | 31,560 | 7.55 | 13.46 | 142 | 443 | 94,440 | 2.68 | 14.05 | 145 | 456 | 388,358 | 1.85 | 14.16 |
| ROULETTE | 135 | 396 | 17,643 | 0.38 | 24.17 | 137 | 397 | 50,250 | 4.08 | 23.63 | 141 | 402 | 211,481 | 11.88 | 24.28 |
| WHEEL OF FORTUNE | 37 | 42 | 749 | 13.35 | 44.59 | 39 | 44 | 2,366 | 8.43 | 45.11 | 49 | 56 | 10,243 | 5.00 | 44.99 |
| BACCARAT | 21 | 82 | 69,518 | 25.86- | 13.54 | 21 | 76 | 115,500 | 29.59- | 13.31 | 26 | 81 | 480,529 | 22.84- | 14.50 |
| MINI-BACCARAT | 42 | 72 | 15,320 | 155.12 | 16.89 | 45 | 76 | 29,427 | 60.72 | 16.41 | 51 | 80 | 86,958 | 33.50 | 12.67 |
| KENO | 127 | 173 | 8,823 | 7.71- | 27.76 | 129 | 174 | 28,460 | 29.59- | 27.38 | 132 | 177 | 118,831 | 7.35- | 27.09 |
| BINGO | 36 | 37 | 884 | 8.12- | 3.87- | 37 | 38 | 2,446 | 379.74- | 3.40- | 39 | 40 | 4,939 | 627.85- | 3.87- |
| CARIBBEAN STUD | 65 | 137 | 5,272 | 17.01- | 23.20 | 67 | 145 | 16,202 | 55.40- | 22.71 | 73 | 39 | 72,494 | 30.06 | 24.25 |
| LET IT RIDE | 122 | 215 | 5,178 | 19.60- | 23.20 | 125 | 223 | 16,895 | 1.49 | 21.28 | 93 | 242 | 60,106 | 9.41- | 23.32 |
| PAI GOW | 19 | 43 | 4,095 | 7.97 | 18.74 | 20 | 43 | 10,101 | 10.21 | 21.38 | 21 | 46 | 33,953 | 14.79 | 20.41 |
| PAI GOW POKER | 68 | 156 | 6,374 | 43.89- | 21.56 | 77 | 157 | 16,963 | 6.66 | 21.28 | 77 | 162 | 65,293 | 19.81- | 20.72 |
| RACE BOOK | 65 | 39 | 39 | 2.50 | 27.29 | 3 | 3 | 141 | 33.62- | 30.13 | 6 | 6 | 783 | 8.44 | 29.43 |
| SPORTS POOL (1) | 68 | 65 | 6,816 | 17.69 | 17.69 | 85 | 85 | 24,023 | 14.57 | 16.58 | 91 | 91 | 95,577 | 4.02- | 15.14 |
| OTHER GAMES | 127 | 127 | 13,619 | 37.96- | 4.97 | 128 | 128 | 21,521 | 51.36- | 12.50 | 133 | 133 | 76,486 | 29.12 | 3.08 |
| | | | 1,194 | 145.44 | 25.86 | | | 3,397 | 147.13 | 26.02 | | | 10,220 | | 23.41 |
| TOTAL GAMES | 205 | 5,543 | 269,203 | 12.73- | 13.47 | 208 | 5,535 | 676,097 | 9.62- | 13.02 | 215 | 5,706 | 2,695,599 | 3.13- | 13.73 |
| CARD GAMES | 72 | 505 | 5,200 | 10.10- | 13.47 | 75 | 518 | 15,373 | 5.27- | | 82 | 539 | 64,485 | 3.06- | |

| SLOT MACHINES: | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT | # OF LOC'S | # OF UNITS | WIN AMOUNT | % CHANGE | WIN PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 CENT | 292 | 36,596 | 43,620 | 8.84 | 7.82 | 295 | 36,664 | 137,143 | 7.13 | 7.97 | 307 | 36,971 | 533,738 | 5.46 | 8.09 |
| 10 CENT | 74 | 691 | 940 | 18.17 | 7.66 | 76 | 721 | 3,089 | 12.17 | 7.53 | 80 | 747 | 12,627 | 6.60 | 7.50 |
| 50 CENT | 362 | 91,466 | 166,390 | 2.44 | 4.89 | 366 | 92,813 | 569,918 | 3.45 | 4.92 | 378 | 93,985 | 2,245,485 | 5.18 | 5.18 |
| 1 DOLLAR | 95 | 1,900 | 4,973 | 24.32 | 4.10 | 96 | 1,901 | 15,797 | 17.72 | 4.30 | 103 | 1,834 | 59,613 | 28.85 | 4.45 |
| MEGABUCKS | 131 | 33,733 | 108,421 | 8.23 | 4.02 | 132 | 34,040 | 341,297 | 8.48 | 4.07 | 360 | 34,182 | 1,452,205 | 0.45 | 4.25 |
| 5 DOLLAR | 118 | 2,995 | 17,493 | 2.68 | 3.69 | 119 | 2,945 | 13,487 | 21.39- | 11.34 | 142 | 765 | 57,619 | 11.76- | 10.03 |
| 25 DOLLAR | 60 | 371 | 3,228 | 11.53- | 3.24 | 61 | 360 | 50,802 | 6.45- | 2.95 | 123 | 2,961 | 206,943 | 3.15- | 3.38 |
| 100 DOLLAR | 31 | 148 | 2,819 | 15.27 | 3.12 | 61 | 147 | 5,500 | 9.22 | 2.95 | 63 | 387 | 30,542 | 2.81 | 2.96 |
| OTHER SLOT MACHINES | | 742 | 2,932 | 248.96 | 5.30 | 31 | 733 | 8,444 | 35.54 | 3.71 | 32 | 681 | 28,414 | 15.55 | 3.67 |
| TOTAL SLOT MACHINES | 362 | 169,632 | 356,263 | 0.16 | 4.66 | 356 | 171,074 | 1,133,845 | 0.21- | 4.81 | 378 | 172,636 | 4,666,109 | 3.24 | 4.91 |
| TOTAL GAMING WIN | | | 630,666 | 5.86- | | | | 1,825,315 | 3.96- | | | | 7,426,192 | 0.78 | |
| (1)RACE PARI-MUTUEL | 49 | 49 | 5,448 | 7.18- | 18.23 | 49 | 49 | 20,224 | 10.96 | 17.24 | 51 | 51 | 85,450 | 29.56 | 17.07 |
| (2)SPORTS POOL DETAIL | | | | | | | | | | | | | | | |
| FOOTBALL | 127 | 127 | 8,680 | 45.14- | 5.04 | 127 | 127 | 10,771 | 55.28- | 1.80 | 127 | 127 | 27,599 | 15.66- | 2.76 |
| BASEBALL | 125 | 125 | 1,106 | 933.11 | 1.38 | 125 | 125 | 3,952 | 611.66 | 2.95 | 125 | 125 | 19,333 | 3.49 | 2.84 |
| SPORTS PARLAY CARDS | 10 | 10 | 365 | 114.34- | | 10 | 10 | 13,081 | 607.73- | 3.08- | 10 | 10 | 10,098 | 139.76 | 1.66 |
| OTHER | 121 | 121 | 4,093 | 29.83- | 33.25 | 121 | 121 | 4,948 | 461.67- | 13.95- | 121 | 121 | 2,139 | 155.95- | 1.87 |
| | | | 97 | 83.39- | 1.05 | | | | | | | | | | |

Columns may not foot due to rounding. Unit detail is shown separately only when there are 3 or more locations reporting specific unit information. Otherwise, such information is included in 'OTHER' categories.

FIGURES ARE CURRENT AS OF: 03/19/97