IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-00542-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF UNITED STATES DESIGNATING ITS EXPERT
PURSUANT TO FED. R. CIV. P. 26(a)(2) AND COURT'S SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Scheduling Order entered by the Court on September 21, 2005, the defendant, United States of America, designates George Ignatin, Ph.D., as the person that it intends to use at trial to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence. Dr. Ignatin is expected to provide expert testimony with regard to the amount of the wagering base upon which the excise tax should be imposed under Section 4401 of the Internal Revenue Code of 1986, as amended, 26 U.S.C. ("Code"), for the tax periods covering August 1, 1994 through January 31, 1995, August 1, 1995 through January 31, 1996 and August 1, 1996 through January 12, 1997 and any other matters pertaining or relating thereto.

The United States also represents that on March 1, 2006, it sent, via federal express, the written report prepared by Dr. Ignatin and dated February 28, 2006 to Mr. Reeves' counsel, Messrs. Johnston, Hinesley and Redden. Dr. Ignatin's report sets forth his opinion regarding the amount of the wagering base upon which the excise tax should be imposed

under Code § 4401 for the tax periods covering August 1, 1994 through January 31, 1995, August 1, 1995 through January 31, 1996 and August 1, 1996 through January 12, 1997. Dr. Ignatin's written report is attached hereto as Exhibit "A."

Pursuant to the parties' agreement, the United States reserves the right to supplement Dr. Ignatin's opinion in the event that the information produced by Mr. Reeves in response to the government's discovery requests or any newly discovered evidence requires such supplementation.

Dated this 1st day of March, 2006.

        LEURA GARRETT CANARY
        United States Attorney

        s/ Lynne M. Murphy
        LYNNE M. MURPHY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        La. Bar No. 24065
        D.C. Bar No. 485928
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone:   (202) 514-5881
        Facsimile:    (202) 514-9868
        E-mail:         Lynne.M.Murphy@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Notice of United States Designating Its Expert Pursuant to Fed. R. Civ. P. 26(a)(2) and Court's Scheduling Order, including accompanying Exhibit "A," has this 1st day of March, 2006, been made by sending copies thereof, **VIA FEDERAL EXPRESS**, and by electronically filing the documents with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        William W. Hinesley, Esquire
        whinesley@JHFC-law.com

        G. David Johnston, Esquire
        djohnston@jhfc-law.com

        L. Drew Redden
        melissa@rmclaw.com

        s/ Lynne M. Murphy
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C. 20044