Lynne M. Murphy
Trial Attorney, Civil Trial Section
Southern Region
555 4th St. N.W.
Room 6219
Washington, D.C. 20001

Dear Ms. Murphy,

At your request, I have read the Excise Tax Calculation by David W. Parsons, the expert witness for Mr. Reeves; the Excise Tax Examination Changes by Joe B. Elliott, Jr. the IRS Examiner ; numerous legal documents including depositions and testimony in the criminal case against Mr. Reeves and the other defendants; football schedules for 1994 through 1997; and betting data from the Nevada Gaming Commission. My estimate of the excise taxes owed by Mr. Reeves for football betting activity between August 1, 1994 and January 12, 1997 is $499,360. I have no financial interest in this case, nor relationships with any of the persons or agencies involved. My fees are based on my normal billing rate of $175 per hour for time spent on most aspects of the case, and $225 per hour for time spent giving testimony, depositions and other questioning under oath. I reserve the right to amend and supplement my opinions upon receipt and review of additional information produced by Mr. Reeves in response to the Government's Discovery Requests or any newly discovered evidence.

Yours truly,

George Ignatin
2/28/06


REEVES TAX CASE


There are several areas of disagreement between Mr. Reeves' expert witness (David W. Parsons) and myself. The most important of these involves the assumption that the proper "unit of measurement" is daily betting activity. The only data available to infer the amount of betting which occurred between August 1, 1994 and January 12, 1997 comes from reports taken from wiretaps on December 27, 1996 through January 2, 1997. According to the report of the IRS Examiner (Joe B. Elliott, Jr.), the following amounts were bet:



1

| DAY | AMOUNT | NUMBER OF GAMES | AMOUNT PER GAME | COMMENT |
|---|---|---|---|---|
| 12/27/96 | $ 56,000 | 3 | $ 18,667 | minor bowl games |
| 12/28/96 | 74,865 | 3 | 24,955 | 2 NFL 1st round playoff games and 1 minor bowl game (LSU v. Clem) |
| 12/29/96 | 70,790 | 3 | 23,597 | 2 NFL 1st round playoff games and 1 minor bowl game |
| 12/30/96 | 45,597 | 1 | 45,597 | 1 bowl game (Wash v. Colo) |
| 12/31/96 | 71,025 | 3 | 23,675 | 3 bowl games (Aub v. Army) and (Neb v. Va.T-Orange Bowl) |
| 1/1/97 | 141,945 | 6 | 23,658 | 3 "Big" bowl games (Rose, Fiesta and Ala v. Mich) and 3 lesser Bowl games. |
| 1/2/97 | 38,215 | 1 | 38,215 | FSU v. Fla in Sugar Bowl |
| TOTAL | $498,437 | 20 | $24,922 | |
| INCLUDING VIGORISH | $548,281 | | $27,414 | |

These sums average out to $78,326 per DAY including "vigorish", BUT $27,414 per GAME. Moreover, on 4 of the 7 days on which data were gathered, the amount bet per game, excluding vigorish, was between $23,597 and $24,955--a much "tighter" spread than indicated by the daily numbers. Of the "outliers", the 1/2/97 Sugar Bowl game between Florida State and Florida would have been expected to have had larger betting totals in Dothan and Pensacola, while the 12/27/96 bowl games would have been expected to have had smaller betting totals. Thus, it seems reasonable to assume that the proper inference is that about $24,000, NOT including vigorish, was wagered per game. Other data, presented by Mr. Parsons, showed $103,890 was wagered on the 4 NFL playoff games played 1/4/97 and 1/5/97, for an average of $25,973 per game or $28,570 including vigorish.

There were approximately 100 teams playing NCAA Division I-A football and each team played about 11 games, thus, there were 550 betting "opportunities" per season. Obviously, various amounts were wagered on different games. I assume that more money was bet on games on T.V., or which involved Alabama, Auburn, Florida State, Florida, or nationally ranked or "public" teams. I assume that less was bet on "lesser" known or followed teams.

Thus, I assume that the average game had about $6,000 wagered on it (most games were not on T.V. or did not involve Alabama, Auburn, FSU, Florida or well known nationally-followed teams,) and that approximately $3,300,000 would have been wagered each college football season. There were usually around 20 bowl games each season, and I assumed that $24,000 was wagered on each "major" bowl game and $18,000 on each "minor" bowl game, or an average of about $22,500 per bowl game not including vigorish.

In the NFL, there were 32 teams playing 16 regular season games or 256 regular season games plus 11 playoff games, including two very big betting events--the NFC and AFC championship games, and one huge betting event--the Super Bowl. There were also 64 Exhibition games played mostly in August of each year. Clearly, the amount wagered on different games depended on several factors. I assume that more money was bet on games carried on local T.V., or on "meaningful" games. Thus, I assume that $12,000 was bet on each regular season NFL game on average, that $6,000 was bet on each Exhibition game on average, that $24,000 was bet on each playoff game, plus an additional $24,000 on each Championship game plus an additional $96,000 on each Super Bowl.

The total amount bet each season, thus, was:

    College Football: Regular Season: $3,300,000
                      Bowl Games:    450,000
                             Total: $3,750,000

    NFL Football: Exhibition Games: $384,000
                    Regular Season: 3,072,000
                          Playoffs:   408,000
                             Total: $3,864,000

For both College and NFL seasons, the total amount bet was $7,614,000 in each of the 3 seasons. The total for 3 seasons would be $22,842,000. Subtracting $144,000 for the NFL playoff games in 1997 for which the operation was not in business yields $22,698,000 Including "vigorish" brings the total to $24,968,000. The 2% tax on this is $499,360 plus whatever fees, penalties, interest, etc. are proper.

Curriculum Vitae of George Ignatin

D.O.B: 4/30/40     Address: 510 ShadyLane Cir., Hartselle, AL  35640   Phone: 256-773-1505

EDUCATION:

Ph.D. in Economics from the University of Texas, 1969

B.B.A. in Marketing from the University of Miami, 1962

WORK EXPERIENCE:

1963-1966: Teaching Assistant at the University of Texas

1966-1969: Assistant Professor of Economics at Trinity University, San Antonio, Texas

1969-1972: Assistant Professor of Economics at the University of Alabama at Birmingham

1979: Visiting Professor of Economics at the University of Nevada, Reno

1984: Visiting Professor of Economics at la Universidad Peruana Cayetano Heredia, Lima, Peru

1972-2005: Associate Professor of Economics at the University of Alabama at Birmingham

2005-present: Retired; private consultant

Courses taught: Principles of Microeconomics, Intermediate Microeconomic Theory, Labor Economics, Manpower Economics, Government and Business, The Economics of Sports and Gambling

BOOKS AND PUBLICATIONS:

Books written:

Football by the Numbers, 1986, with Allen Barra, published by Simon and Shuster.

Football by the Numbers, 1987, with Allen Barra, published by Simon and Shuster.

Papers Presented:

Tenth Conference on Gambling and Risk Taking, Montreal, Quebec, June, 1996: paper on

Basketball Systems; paper on Greyhound Racing.

Eleventh Conference on Gambling and Risk Taking, Las Vegas, June, 1999: "Grindstones into Plowshares: The Effect of Gambling on Crime."

"Legal and Economic Issues of Greyhound Racing" in Gambling Law Review, January, 1999, with Frank Watkins.

Twelfth Conference on Gambling and Risk Taking, Vancouver, British Columbia, May-June, 2002: paper comparing two systematic computer models with three expert systems models for football.

Miscellaneous Publications:

Approximately 40 articles in the Wall Street Journal, with Allen Barra, on Sports Handicapping and Economics between 1996 and 2003.

Television and Radio interviews on various topics involving Economics, Sports and Gambling.

Consulting report on economic impact of Horse Racing in Alabama, 2004.

Deposition given in class action case involving Talladega Race Track and NASCAR, 2000.