IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY -5 A 10:37

_____ P. HACKETT, C___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05-CV-00542-T |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF'S MOTION TO DISCLOSE EX PARTE MOTION AND ORDER

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, who moves this Court for disclosure of an ex parte motion filed by the United States on or about April 14, 2006, with the Court and any Order issued by the Court in response to the ex parte motion. As grounds therefor, Plaintiff alleges that it is Plaintiff's understanding that the government's ex parte motion relates to testimony and/or other evidence adduced in grand jury proceedings that ultimately led to the indictment of Plaintiff in prior criminal proceedings that Plaintiff believes the government may now attempt to use as evidence in the current case. Further, Plaintiff alleges that he was not provided a copy of said ex parte motion by the government and has therefore not been given the opportunity to object to matters contained in the ex parte motion.

WHEREFORE, Plaintiff moves this Court to issue an order requiring the government to disclose to Plaintiff the contents of the ex parte motion, including any evidentiary matters presented to this Court in support thereof, together with any Order issued by the Court acting on said ex parte motion. Plaintiff further objects to the filing of the ex parte motion by the government in any event since Plaintiff has not been given the opportunity to respond and be heard on this matter.

Respectfully submitted,

*[signature]*

G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


OF COUNSEL:


L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457


G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

    **IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Motion To Amend Scheduling Order upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198, on this 4th day of May, 2006.

 

G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115