IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY -5 A 10: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TIMOTHY JOE REEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. ) 1.05-CV-00542-T |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF TIMOTHY JOE REEVES'**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Timothy Joe Reeves respectfully moves the Court pursuant to *Fed. R. Civ. P.* 56 for the entry of summary judgment in his favor on the claims asserted against Defendant by Plaintiff Timothy Joe Reeves. As grounds for Plaintiff's motion, Plaintiff shows that there is no genuine issue as to any material fact, and Plaintiff is entitled to judgment in his favor as a matter of law. This motion is based upon the pleadings, the evidentiary materials submitted herewith and listed in the submission statement filed with this motion, and Plaintiff's contemporaneously-filed memorandum of law in support of the motion.

Respectfully submitted on this 4th day of May, 2006.

_____
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

**OF COUNSEL**:

L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457


G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Plaintiff Timothy Joe Reeves Motion for Summary Judgment upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198 on this the _____ day of May, 2006.

_____
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115