IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 1:05-CV-00542-T |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

RECEIVED
2006 MAY -5  A 10: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF TIMOTHY JOE REEVES' SUBMISSION STATEMENT IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Plaintiff Timothy Joe Reeves submits the following evidence in support of his motion for summary judgment:

1. Exhibit A: Indictment of Timothy Joe Reeves;

2. Exhibit B: Plea Agreement;

3. Exhibit C: Excerpt from Criminal Action 99-13-S Trial Transcript;

4. Exhibit D: Deposition of Timothy Joe Reeves;

5. Exhibit E: Criminal Judgment against Timothy Joe Reeves;

6. Exhibit F: IRS Assessment of Wagering Taxes, Penalty and Interest;

7. Exhibit G: IRS Auditor's Report;

8. Exhibit H: Affidavit of Timothy Joe Reeves; and

9. Exhibit I: Affidavit of Ashton Holmes Ott.

*[signature]*
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


**OF COUNSEL**:


L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457


G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

  **IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Plaintiff Timothy Joe Reeves' Submission Statement in Support of His Motion for Summary Judgment upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198 on this the 4th day of May, 2006.

            _____
            G. David Johnston
            Bar No. ASB-8863-T636
            Attorney for Plaintiff
            Johnston, Hinesley, Flowers & Clenney, P.C.
            291 North Oates Street
            Dothan, Alabama 36303
            334-793-1115