# EXHIBIT F



Department of the Treasury
**Internal Revenue Service**
CINCINNATI OH    45999-0039

Date of this notice:   OCT. 25, 2004
Taxpayer Identifying Number        63-1250909
Form:   730      Tax Period:   SEP. 30, 1994

# Exhibit F.

For assistance you may
call us at:

**1-800-829-0115**

000509.160543.0003.001 2 MB 0.534 1015
Illılıllıllllllıllıllıllıllıllıllıllıllıllıll

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN AL   36302-2246

000509

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                    $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                $23,497.74
PENALTY - SEE EXPLANATION                      17,623.31

INTEREST CHARGED                               46,213.93
    NET ADJUSTMENT   CHARGE                        87,334.98

BALANCE DUE                                    $87,334.98

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 15, 2004. MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY. WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE. IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE. WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE. THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES. IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU. ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $17,623.31   FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD. THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD. THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY. WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM. MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

### $46,213.93  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

| PERIODS | PERCENTAGE RATES | |
| --- | --- | --- |
| | UNDERPAYMENT | OVERPAYMENT |
| JANUARY 1, 1992 THROUGH MARCH 31, 1992.................. | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................ | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994.................. | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................ | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995.................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998............... | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................ | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000.................. | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001.................. | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001.................. | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001............... | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003............ | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004................ | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004.................. | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004.............. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004.................................... | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES, EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU OWE.

000509

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER      BEST TIME TO CALL
(   )   -

AMOUNT YOU OWE.................$87,334.98

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT.......$_____

200441 05160919        49447-680-79000-4

INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0039

20
 SB

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

631250909 JK REEV 64 2 199409 670 00008733498

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH   45999-0039

Date of this notice:        OCT. 25, 2004
Taxpayer Identifying Number        63-1250909
Form:    730    Tax Period:  OCT. 31, 1994

For assistance you may
call us at:

1-800-829-0115

000508.160543.0003.001 2 MB 0.534 1015
|..ll..ll...ll.ll....l.l.l.l.l.l.l.l..ll..l.l.ll...l.ll

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

000508

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                     $.00

ADJUSTMENT COMPUTATION
TAX - INCREASE                              $48,562.00
PENALTY - SEE EXPLANATION                    36,421.50

INTEREST CHARGED                             94,178.73
    NET ADJUSTMENT  CHARGE                     179,162.23

BALANCE DUE                              $179,162.23

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

        $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$94,178.73  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                              PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992............... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992............. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994............... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994............. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995............. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995................ | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996................ | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996................ | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998................ | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998............ | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999............. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000............... | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001............... | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001............... | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001............ | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002......... | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003........ | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004............ | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004............... | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004........... | 4 | 4 |
| BEGINNING OCTOBER 1, 2004......................... | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.



000508

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(   )      -

AMOUNT YOU OWE.................$179,162.23

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919            49447-680-79001-4

      INTERNAL REVENUE SERVICE
      CINCINNATI  OH    45999-0039
220                                    TIM REEVES
  SB                                   %G DAVID JOHNSTON
                                       PO BOX 2246
      |ı|ı|ılılılılılı|ılılı|ıllııllııılllılıııılıll      DOTHAN  AL   36302-2246

    631250909 JK REEV 64 2 199410 670 00017916223

200441 S00024

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:    OCT. 25, 2004
Taxpayer Identifying Number
Form:    730                                 63-1250909
                        Tax Period:   NOV. 30, 1994

For assistance you may
call us at:

1-800-829-0115

000507.160543.0003.001 2 MB 0.534 1015
|.||.||....||.||....|.|.|.|.|.|.||.||.|..||.||...||.||



000507

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                                $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                          $46,995.49
PENALTY - SEE EXPLANATION                                35,246.62

INTEREST CHARGED
NET ADJUSTMENT   CHARGE                                  89,820.58
                                                       172,062.69

BALANCE DUE                                            $172,062.69

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $35,246.62  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

PAGE 1

$89,820.58   INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS

PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992................... | | |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................... | 9 | 8 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994................... | 8 | 7 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................... | 7 | 6 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................... | 8 | 7 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995................... | 9 | 8 |
| JULY 1, 1995 THROUGH MARCH 31, 1996................... | 10 | 9 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996................... | 9 | 8 |
| JULY 1, 1996 THROUGH MARCH 31, 1998................... | 8 | 7 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998................... | 9 | 8 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................... | 8 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000................... | 7 | 7 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001................... | 8 | 8 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001................... | 9 | 9 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001................... | 8 | 8 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002................... | 7 | 7 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003................... | 6 | 6 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004................... | 5 | 5 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004................... | 4 | 4 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004................... | 5 | 5 |
| BEGINNING OCTOBER 1, 2004................... | 4 | 4 |
| | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000507

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER          BEST TIME TO CALL
(    )     -

AMOUNT YOU OWE.................$172,062.69

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919                49447-680-79002-4

    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0039

220
  SB                                        TIM REEVES
     |..|..|.|.|.|..|.|..|.|.|.|.|..||....||.|.|.....|.||    %G DAVID JOHNSTON
                                             PO BOX 2246
                                             DOTHAN  AL   36302-2246

    631250909 JK REEV 64 2 199411 670 00017206269

SB V

Department of the Treasury
**Internal Revenue Service**
CINCINNATI   OH     45999-0039

Date of this notice:   OCT. 25, 2004
Taxpayer Identifying Number          63-1250909
Form:   730     Tax Period:   DEC. 31, 1994

For assistance you may
call us at:

**1-800-829-0115**

000506.160543.0003.001 2 MB 0.534 1015
[mailing barcode]

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

000506

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                          $.00

ADJUSTMENT COMPUTATION
TAX - INCREASE                                        $48,562.00
PENALTY - SEE EXPLANATION                              36,421.50

INTEREST CHARGED                                       91,460.89
    NET ADJUSTMENT   CHARGE                                        176,444.39

        BALANCE DUE                                              $176,444.39

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV.  8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.   WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

        $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

TIN: 63-1250909     FORM: 730     TAX PERIOD: DEC 31, 1996

$91,460.89  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS

|  | PERCENTAGE RATES | |
| --- | --- | --- |
|  | UNDERPAYMENT | OVERPAYMENT |
| JANUARY 1, 1992 THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001 | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001 | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001 | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002 | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004 | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004 | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | 4 | 4 |
| BEGINNING OCTOBER 1, 2004 | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES, EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU OWE.

000506

AMOUNT YOU OWE.................$176,444.39

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT.......$_____

200441 05160919            49447-680-79003-4

INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0039

20
 SB                                        TIM REEVES
                                           %G DAVID JOHNSTON
   |ll..|.|.l.|.l.|.l.|.l.ll.|.ll....l|.l.l.....l.ll     PO BOX 2246
                                           DOTHAN  AL    36302-2246

  631250909 JK REEV 64 2 199412 670 00017644439

Department of the Treasury
**Internal Revenue Service**
CINCINNATI   OH    45999-0039

Date of this notice:       NOV. 15, 2004
Taxpayer Identifying Number       63-1250909
Form:    730        Tax Period:   JAN. 31, 1995

For assistance you may
call us at:

1-800-829-0115

000380.164465.0003.001 2 MB 0.534 1015
|.||.||...||.||...||.|.||.|.||.|..||.|...||.|

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

000380

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                                   $.00

ADJUSTMENT COMPUTATION
TAX - INCREASE
PENALTY - SEE EXPLANATION                              $32,896.48
                                                        24,672.63
INTEREST CHARGED
    NET ADJUSTMENT   CHARGE                             61,475.72
                                                       119,044.83
        BALANCE DUE
                                                       $119,044.83

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 30, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

    $24,672.63  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

## $61,475.72  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS

PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994................... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995.................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995.................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996.................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996.................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998.................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998................ | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000................... | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001................... | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001................... | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001................ | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003........... | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004............... | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004.................. | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004.............. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004............................ | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000380

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER      BEST TIME TO CALL
   )    -

AMOUNT YOU OWE................$119,044.83

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200444 05160919      49447-701-79000-4

    INTERNAL REVENUE SERVICE
    CINCINNATI OH    45999-0039

20
SB

     |..|..|.|.|.|..|.|..|.|.|..|..||....||.|.|....|.||      

          TIM REEVES
          %G DAVID JOHNSTON
          PO BOX 2246
          DOTHAN AL    36302-2246

   631250909 JK REEV 64 2 199501 670 00011904483

SB, V

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:    OCT. 25, 2004
Taxpayer Identifying Number      63-1250909
Form:   730      Tax Period:   SEP. 30, 1995

For assistance you may
call us at:

**1-800-829-0115**

000505.160543.0003.001 2 MB 0.534 1015



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

000505

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                    $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                              $23,497.74
PENALTY - SEE EXPLANATION                    17,623.31

INTEREST CHARGED                             38,499.25
   NET ADJUSTMENT   CHARGE                             79,620.30

BALANCE DUE                           $79,620.30

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 15, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

    $17,623.31  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$38,499.25  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS

PERCENTAGE RATES

| PERIODS | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001 | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001 | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001 | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002 | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004 | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004 | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | 4 | 4 |
| BEGINNING OCTOBER 1, 2004 | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.



000505

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(    )      -

AMOUNT YOU OWE...................$79,620.30
LESS PAYMENTS NOT INCLUDED.$_____
PAY ADJUSTED AMOUNT........$_____

200441 05160919                 49447-680-79005-4

        INTERNAL REVENUE SERVICE
        CINCINNATI  OH    45999-0039
220
 SB
        |..|..|.|.|.|.|..|.|.|.|..|.|..|l.....||.|.|...|.ll

                                TIM REEVES
                                ⅀G DAVID JOHNSTON
                                PO BOX 2246
                                DOTHAN  AL    36302-2246

  631250909 JK REEV 64 2 199509 670 00007962030

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH     45999-0039

Date of this notice:      NOV. 15, 2004
Taxpayer Identifying Number
Form:    730          63-1250909
         Tax Period:    OCT. 31, 1995

For assistance you may
call us at:

1-800-829-0115

000379.164465.0003.001 2 MB 0.534 1015
|..|.||....||.||....|.|.|.||.||.|.||....|.|.||....|.||



000379

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                          $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                         $48,562.00
PENALTY - SEE EXPLANATION                               36,421.50

INTEREST CHARGED
    NET ADJUSTMENT   CHARGE                             78,821.85
                                                      163,805.35

BALANCE DUE

                                                     $163,805.35

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 30, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$78,821.85   INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS

PERCENTAGE RATES

| PERIODS | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001 | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001 | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001 | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002 | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004 | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004 | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | 4 | 4 |
| BEGINNING OCTOBER 1, 2004 | 5 | 5 |

000379

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.



000379

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER       BEST TIME TO CALL
(   )    -

AMOUNT YOU OWE................$163,805.35

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT.......$_____

200444 05160919            49447-701-79001-4

INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0039
220
SB                                      TIM REEVES
                                        %G DAVID JOHNSTON
                                        PO BOX 2246
llalaldblldaldaldallaullaudldlaaldll    DOTHAN  AL   36302-2246

631250909 JK REEV 64 2 199510 670 00016380535

200441 S00027

SB V

Department of the Treasury
**Internal Revenue Service**
CINCINNATI   OH   45999-0039

Date of this notice:      OCT. 25, 2004
Taxpayer Identifying Number      63-1250909
Form:   730      Tax Period:   NOV. 30, 1995

For assistance you may
call us at:

**1-800-829-0115**

000504.160543.0003.001 2 MB 0.534 1015
IiIıIIıIıIIıIIıIıIIıIıIıIıIIıIıIıIıIIıIıIIıIıIıIIıIIıI

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

000504

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                       $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                          $46,995.49
PENALTY - SEE EXPLANATION                                35,246.62

INTEREST CHARGED                                         74,621.67
   NET ADJUSTMENT   CHARGE                              156,863.78

BALANCE DUE                                            $156,863.78

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV.  8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $35,246.62  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$74,621.67  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                            PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................ | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994.................. | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................ | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995.................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998................ | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000.................. | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001.................. | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001................... | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001................ | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002.............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003............. | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004................ | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004................... | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004................ | 4 | 4 |
| BEGINNING OCTOBER 1, 2004.............................. | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000504

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER    BEST TIME TO CALL
(  )  -

AMOUNT YOU OWE.................$156,863.78

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919        49447-680-79007-4

INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0039

220
 SB

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

631250909 JK REEV 64 2 199511 670 00015686378

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:    OCT. 25, 2004
Taxpayer Identifying Number        63-1250909
Form:    730    Tax Period:    DEC. 31, 1995

For assistance you may
call us at:

1-800-829-0115

000503.160543.0003.001 2 MB 0.534 1015
|..||..||....||||....||.|.|.||.|.|.||..||.|.||...||||

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

000503

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                    $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                      $48,562.00
PENALTY - SEE EXPLANATION                            36,421.50

INTEREST CHARGED                                     75,878.27
   NET ADJUSTMENT   CHARGE                              160,861.77

BALANCE DUE                                $160,861.77

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV.  8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

      $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$75,878.27   INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                      PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992.................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994.................... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995.................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995..................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996.................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996.................... | 8 | 7 |
| JULY 1, 1996 THROUGH DECEMBER 31, 1998................. | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998............... | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................ | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000.................. | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001.................. | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001.................. | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001............... | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003........... | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004............... | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004.................. | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004.............. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004............................ | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000503

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER     BEST TIME TO CALL
(   )   -

AMOUNT YOU OWE.................$160,861.77

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919       49447-680-79008-4

INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0039

220
 SB
    ldaldaldaldaldaldaldlaallamaldldaaldll

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

631250909 JK REEV 64 2 199512 670 00016086177

**Department of the Treasury**
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:    NOV. 15, 2004
Taxpayer Identifying Number    63-1250909
Form:    730    Tax Period:    JAN. 31, 1996

For assistance you may
call us at:

**1-800-829-0115**

000378.164465.0003.001 2 MB 0.534 1015
IllIlIlIllIllIlllllIlIlIlIlIllIllIlIllllIlIlIllIlIlIll

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

000378

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                                        $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                                          $32,896.84
PENALTY - SEE EXPLANATION                                                24,672.63

INTEREST CHARGED                                                        50,938.00
   NET ADJUSTMENT  CHARGE                                              108,507.47

BALANCE DUE                                                        $108,507.47

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 30, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

      $24,672.63  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$50,938.00  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                    PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001 | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001 | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001 | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002 | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004 | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004 | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | 4 | 4 |
| BEGINNING OCTOBER 1, 2004 | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

TIN: 63-1250909    FORM: 730    TAX PERIOD: JAN. 31 1996

000378

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER      BEST TIME TO CALL
(   )    -

AMOUNT YOU OWE.................$108,507.47

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200444 05160919                  49447-701-79002-4

    INTERNAL REVENUE SERVICE
    CINCINNATI  OH     45999-0039
220
 SB

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

Ildulilldlululdulullludllulllllludll

631250909 JK REEV 64 2 199601 670 00010850747

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:        OCT. 25, 2004
Taxpayer Identifying Number        63-1250909
Form:    730      Tax Period:    SEP. 30, 1996

For assistance you may
call us at:

1-800-829-0115

000502.160543.0003.001 2 MB 0.534 1015
llllllllllllllllllllllllllllllllllllllllllll

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

000502

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                    $.0U

ADJUSTMENT COMPUTATION

TAX - INCREASE                                    $23,497.74
PENALTY - SEE EXPLANATION                          17,623.31

INTEREST CHARGED                                   31,825.39
  NET ADJUSTMENT  CHARGE                                      72,946.44

BALANCE DUE                              $72,946.44

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 15, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $17,623.31  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$31,825.39  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

| PERIODS | PERCENTAGE RATES | |
| --- | --- | --- |
| | UNDERPAYMENT | OVERPAYMENT |
| JANUARY 1, 1992 THROUGH MARCH 31, 1992................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994................... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995.................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996.................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996.................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998.................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998................ | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000.................. | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001.................. | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001.................. | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001............... | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003............ | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004............... | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004.................. | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004.............. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004............................ | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES. THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY. FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES. EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000. THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX. THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000502

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER     BEST TIME TO CALL
(   )     -

AMOUNT YOU OWE..................$72,946.44

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919          49447-680-79010-4

        INTERNAL REVENUE SERVICE
        CINCINNATI  OH     45999-0039              TIM REEVES
                                                   %G DAVID JOHNSTON
220                                                PO BOX 2246
  SB                                               DOTHAN  AL    36302-2246
        հեհեհեհեհեհեհեհեհեհեհեհեհեհեհեհեհ


    631250909 JK REEV 64 2 199609 670 00007294644

200441 500050                                                       SB V

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:    OCT. 25, 2004
Taxpayer Identifying Number      63-1250909
Form:    730    Tax Period:    OCT. 31, 1996

For assistance you may
call us at:

**1-800-829-0115**

000501.160543.0003.001 2 MB 0.534 1015
IlilIlllnillllllnnllllnlnllnlnllnlllllndilnllmllll



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

000501

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                          $.00

               ADJUSTMENT COMPUTATION
TAX - INCREASE                                       $48,562.00
PENALTY - SEE EXPLANATION                             36,421.50

INTEREST CHARGED                                      64,664.53
   NET ADJUSTMENT  CHARGE                                149,648.03

          BALANCE DUE                                $149,648.03

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV.  8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

       $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$64,664.53  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                  PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992.................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994.................... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994.................. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................... | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995..................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996..................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996..................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998..................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998.................. | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999.................. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000.................... | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001.................... | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001.................... | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001.................. | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002............... | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003.............. | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004.................. | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004.................... | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004................. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004.............................. | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000501

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER       BEST TIME TO CALL
(   )       -

AMOUNT YOU OWE..................$149,648.03

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 0516091 9           49447-680-79011-4

        INTERNAL REVENUE SERVICE
        CINCINNATI   OH     45999-0039          TIM REEVES
                                                %G DAVID JOHNSTON
220                                             PO BOX 2246
 SB                                             DOTHAN   AL     36302-2246
        lulululululululululululullulllllulululululul

   631250909 JK REEV 64 2 199610 670 00014964803

Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH     45999-0039

Date of this notice:      OCT. 25, 2004
Taxpayer Identifying Number         63-1250909
Form:    730     Tax Period:   NOV. 30, 1996

For assistance you may
call us at:

**1-800-829-0115**

000500.160543.0003.001 2 MB 0.534 1015
IıılIıılIıııIıIIııılıIıIıIıılılılIııIılıllıııIıIl

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.



TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL   36302-2246

000500

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                           $.00

ADJUSTMENT COMPUTATION
TAX - INCREASE                              $46,995.49
PENALTY - SEE EXPLANATION                    35,246.62

INTEREST CHARGED                             61,478.97
  NET ADJUSTMENT   CHARGE                              143,721.08

        BALANCE DUE                               $143,721.08

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV.  8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $35,246.62  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$61,478.97  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                    PERCENTAGE RATES



| PERIODS | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992................... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992................. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994................... | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994................. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995................. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995..................... | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996..................... | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996.................... | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998.................... | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998................. | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999................. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000................... | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001................... | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001.................... | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001................. | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002.............. | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003............. | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004................. | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004................... | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004................ | 4 | 4 |
| BEGINNING OCTOBER 1, 2004................................ | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000500

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(   )      -

AMOUNT YOU OWE.................$143,721.08

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919              49447-680-79012-4

        INTERNAL REVENUE SERVICE
        CINCINNATI  OH     45999-0039
220                                       TIM REEVES
  SB                                      %G DAVID JOHNSTON
                                          PO BOX 2246
        ılılıdlılıdlıdlıdlıdlılıdllılıdll DOTHAN  AL    36302-2246

     631250909 JK REEV 64 2 199611 670 00014372108



Department of the Treasury
**Internal Revenue Service**
CINCINNATI  OH    45999-0039

Date of this notice:          OCT. 25, 2004
Taxpayer Identifying Number          63-1250909
Form:    730    Tax Period:    DEC. 31, 1996

For assistance you may
call us at:

1-800-829-0115

000499.160543.0003.001 2 MB 0.534 1015
|..||..||...||||...||..||.|..|.|.|.||..|.|..|.||..||

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

TIM REEVES
%G DAVID JOHNSTON
PO BOX 2246
DOTHAN  AL    36302-2246

000499

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                    $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                        $48,562.00
PENALTY - SEE EXPLANATION                              36,421.50

INTEREST CHARGED                                       62,397.49
    NET ADJUSTMENT    CHARGE                          147,380.99

BALANCE DUE                              $147,380.99

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 8, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

    $36,421.50  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987. NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$62,397.49  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

PERIODS                                                    PERCENTAGE RATES

| | UNDERPAYMENT | OVERPAYMENT |
|---|---|---|
| JANUARY 1, 1992 THROUGH MARCH 31, 1992............... | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992............. | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994................ | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994............. | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995.............. | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995................. | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996................. | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996................. | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998................. | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998............. | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999.............. | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000................ | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001................ | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001................. | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001.............. | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002........... | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003.......... | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004.............. | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004................. | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004............. | 4 | 4 |
| BEGINNING OCTOBER 1, 2004........................... | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000499

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(    )        -

AMOUNT YOU OWE.................$147,380.99

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____

200441 05160919              49447-680-79013-4

    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0039
220                                    TIM REEVES
  SB                                   %G DAVID JOHNSTON
                                       PO BOX 2246
    lldddddddddddddddddlddll           DOTHAN  AL    36302-2246

    631250909 JK REEV 64 2 199612 670 00014738099

200441 S00033



Department of the Treasury
**Internal Revenue Service**
CINCINNATI   OH    45999-0039

Date of this notice:    OCT. 25, 2004
Taxpayer Identifying Number          63-1250909
Form:   730      Tax Period:   JAN. 31, 1997

For assistance you may
call us at:

1-800-829-0115

000486.160543.0003.001 2 MB 0.534 1015
Illdlllllullldllllllulllllullldllllllulllllulllllulllllll



000486

TIM   REEVES
1075 MALVERN RD
DOTHAN   AL   36301-7562755

HELPFUL HINT: FOR FASTER SERVICE,
TRY CALLING US ANY DAY EXCEPT
MONDAY WHEN OUR CALL VOLUMES
ARE HIGHEST.

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                         $.00

ADJUSTMENT COMPUTATION

TAX - INCREASE                                          $17,231.68
PENALTY - SEE EXPLANATION                                12,923.76

INTEREST CHARGED                                         21,781.31
   NET ADJUSTMENT  CHARGE                                          51,936.75

   BALANCE DUE                                          $51,936.75

TO AVOID ADDITIONAL PENALTY AND/OR INTEREST, PLEASE ALLOW ENOUGH MAILING TIME SO
THAT WE RECEIVE YOUR PAYMENT BY NOV. 15, 2004.  MAKE YOUR CHECK OR MONEY ORDER
PAYABLE TO THE UNITED STATES TREASURY.  WRITE YOUR TAXPAYER IDENTIFICATION
NUMBER ON YOUR PAYMENT AND MAIL IT WITH THE STUB PORTION OF THIS NOTICE.  IF YOU
THINK WE MADE A MISTAKE, PLEASE CALL US AT THE NUMBER LISTED ABOVE.  WHEN YOU
CALL, PLEASE HAVE YOUR PAYMENT INFORMATION AND A COPY OF YOUR TAX RETURN
AVAILABLE.  THIS INFORMATION WILL HELP US FIND ANY PAYMENT YOU MADE THAT WE
HAVEN'T APPLIED.

ABOUT YOUR NOTICE - THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON
THE FOLLOWING PAGES.  IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND
INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.
YOU MAY CALL YOUR LOCAL IRS TELEPHONE NUMBER IF THE NUMBER SHOWN ON YOUR NOTICE IS A
LONG-DISTANCE CALL FOR YOU.  ALL DAYS MENTIONED IN THE PARAGRAPHS BELOW ARE CALENDAR
DAYS, UNLESS SPECIFICALLY STATED OTHERWISE.

     $12,923.76  FRAUD - IRC SECTION 6663

WE CHARGED A PENALTY FOR FRAUD.  THE PENALTY IS 75% OF THE TAX YOU DIDN'T PAY DUE TO
FRAUD (50% OF THE TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED
BEFORE JANUARY 1, 1987, NOT INCLUDING EXTENSIONS).

FOR TAX YOU DIDN'T PAY DUE TO FRAUD ON RETURNS REQUIRED TO BE FILED BEFORE
JANUARY 1, 1989, THE PENALTY INCLUDES AN ADDITIONAL 50% OF THE INTEREST CHARGED ON
THE PART OF YOUR UNDERPAYMENT DUE TO FRAUD.  THIS ADDITIONAL INTEREST CHARGE IS A
PENALTY AND YOU CAN'T DEDUCT IT FROM YOUR FEDERAL TAXES.

ACTION REQUIRED ON BALANCE DUE ACCOUNTS

PAYMENT - PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE UNITED STATES
TREASURY.  WRITE ON YOUR PAYMENT YOUR SOCIAL SECURITY NUMBER OR EMPLOYER
IDENTIFICATION NUMBER, THE TAX PERIOD AND TAX FORM.  MAIL YOUR PAYMENT WITH THE
BOTTOM PART OF YOUR NOTICE IN THE ENCLOSED ENVELOPE OR TO THE ADDRESS ON THE FRONT OF
YOUR NOTICE.

NOTICE ABOUT PARTIAL PAYMENTS - GENERALLY, WE APPLY YOUR PAYMENT FIRST TO TAX, THEN
TO PENALTY, AND FINALLY TO THE INTEREST YOU OWE.

$21,781.31  INTEREST - IRC SECTION 6601

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME.  INTEREST IS COMPUTED FROM THE
DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE
OF THIS NOTICE.

THE INTEREST RATES ON UNDERPAYMENT AND OVERPAYMENT OF TAXES ARE AS FOLLOWS:

| PERIODS | PERCENTAGE RATES | |
| --- | --- | --- |
| | UNDERPAYMENT | OVERPAYMENT |
| JANUARY 1, 1992 THROUGH MARCH 31, 1992 | 9 | 8 |
| APRIL 1, 1992 THROUGH SEPTEMBER 30, 1992 | 8 | 7 |
| OCTOBER 1, 1992 THROUGH JUNE 30, 1994 | 7 | 6 |
| JULY 1, 1994 THROUGH SEPTEMBER 30, 1994 | 8 | 7 |
| OCTOBER 1, 1994 THROUGH MARCH 31, 1995 | 9 | 8 |
| APRIL 1, 1995 THROUGH JUNE 30, 1995 | 10 | 9 |
| JULY 1, 1995 THROUGH MARCH 31, 1996 | 9 | 8 |
| APRIL 1, 1996 THROUGH JUNE 30, 1996 | 8 | 7 |
| JULY 1, 1996 THROUGH MARCH 31, 1998 | 9 | 8 |
| APRIL 1, 1998 THROUGH DECEMBER 31, 1998 | 8 | 7 |
| JANUARY 1, 1999 THROUGH MARCH 31, 1999 | 7 | 7 |
| APRIL 1, 1999 THROUGH MARCH 31, 2000 | 8 | 8 |
| APRIL 1, 2000 THROUGH MARCH 31, 2001 | 9 | 9 |
| APRIL 1, 2001 THROUGH JUNE 30, 2001 | 8 | 8 |
| JULY 1, 2001 THROUGH DECEMBER 31, 2001 | 7 | 7 |
| JANUARY 1, 2002 THROUGH DECEMBER 31, 2002 | 6 | 6 |
| JANUARY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 5 | 5 |
| OCTOBER 1, 2003 THROUGH MARCH 31, 2004 | 4 | 4 |
| APRIL 1, 2004 THROUGH JUNE 30, 2004 | 5 | 5 |
| JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | 4 | 4 |
| BEGINNING OCTOBER 1, 2004 | 5 | 5 |

BEGINNING JANUARY 1, 1999, THE INTEREST RATE WE PAY ON OVERPAYMENT OF TAXES,
EXCEPT FOR CORPORATE TAXES, IS THE SAME AS THE RATE OF INTEREST WE CHARGE ON THE
UNDERPAYMENT OF TAXES.  THE LAW REQUIRES US TO DETERMINE THESE INTEREST RATES
QUARTERLY.  FROM JANUARY 1, 1987 THROUGH DECEMBER 31, 1998, THE INTEREST RATE WE
PAID ON AN OVERPAYMENT OF TAXES WAS ONE PERCENT LESS THAN THE RATE OF INTEREST WE
CHARGED ON YOUR UNDERPAYMENT OF TAXES.  EFFECTIVE JANUARY 1, 1995, WE PAY A REDUCED
RATE OF INTEREST ON CORPORATE OVERPAYMENTS THAT EXCEED $10,000.  THIS REDUCED RATE
IS THE SHORT-TERM FEDERAL INTEREST RATE PLUS 1/2%.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS
OR CORPORATIONS.  INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR
UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

CORPORATE INTEREST - WE CHARGE ADDITIONAL INTEREST OF 2% IF YOU DON'T MAKE YOUR
CORPORATE TAX PAYMENT WITHIN 30 DAYS AFTER THE IRS NOTIFIES YOU OF THE UNDERPAYMENT
OF TAX.  THIS INTEREST BEGINS ON THE 31ST DAY AFTER WE NOTIFY YOU OF THE UNDERPAYMENT
ON TAX AMOUNTS YOU OWE OVER $100,000, MINUS YOUR TIMELY PAYMENTS AND CREDITS.

INTEREST - ADDITIONAL INTEREST CHARGES

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR
PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE.  IF THE AMOUNT YOU OWE IS
LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR
DAYS FROM THE DATE OF YOUR NOTICE.  IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE
TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU
OWE.

000486

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(    )       -

AMOUNT YOU OWE...................$51,936.75

LESS PAYMENTS NOT INCLUDED.$_____

PAY ADJUSTED AMOUNT........$_____


200441 05160919              49447-680-79014-4

    INTERNAL REVENUE SERVICE
    CINCINNATI  OH     45999-0039
220
  SB
        IıIıIIıIIıIıIıIIııIIııIIıIıIIII        TIM   REEVES
                                              1075 MALVERN RD
                                              DOTHAN  AL    36301-7562755


  631250909 JK REEV 64 2 199701 670 00005193675