# EXHIBIT H

Exhibit H

STATE OF ALABAMA        )
                        )
COUNTY OF HOUSTON       )

## AFFIDAVIT OF TIMOTHY JOE REEVES

Personally appeared before me, the undersigned notary public, Timothy Joe Reeves, who being known to me, being first duly sworn, deposes and states on oath as follows:

1.  That my name is Timothy Joe Reeves. I am over the age of twenty-one (21) years, and I live at 1075 Malvern Road, Dothan, Alabama 36301.

2.  That I was the defendant in the case of <u>United States of America v. Timothy Joe Reeves</u>, CR No. 99-13-S.

3.  That on or about October 14, 1999, I entered into a Plea Agreement whereby I pled guilty in an Information to one count of money laundering under 18 U.S.C. Section 1957, and also forfeited lots of cash and property as set forth in the Plea Agreement. When the Plea Agreement was signed the indictment charging me with gambling was dismissed, and I pled guilty to that one count of what I understand was called money laundering.

4.  That the Internal Revenue Service was also directly involved, present and continuously participating in all the civil and criminal proceedings against me, as well as the Plea Agreement.

5.  That the Internal Revenue Service has now assessed against me what are called wagering excise taxes, penalty and interest, as well as income taxes, penalty and interest, from bookmaking activity and acceptance of football wagers from September 1, 1994, through January 31, 1997.

6. That it was my understanding, based on the actions and representations of the United States Government, that the Plea Agreement included both the settlement of civil and criminal proceedings against me, and was intended by the United States Government to be a total settlement agreement of all criminal and civil matters, prohibiting the Internal Revenue Service from assessing these wagering excise and income taxes, penalties, and interest against me for the time period of September 1, 1994, through January 31, 1997.

7. That it was my understanding that the Plea Agreement further kept the Internal Revenue Service from using my trial and deposition testimony given in compliance with the Plea Agreement, in determining and making the assessment of these wagering excise and income taxes, penalties and interest for the time period of September 1, 1994, through January 31, 1997.

_____
Timothy Joe Reeves


SWORN AND SUBSCRIBED TO BEFORE ME
THIS 27th DAY OF April, 2006.

_____
Notary Public
My commission expires: 3-21-2009