IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JOE REEVES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-00542-MHT |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

### MOTION OF UNITED STATES FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, United States of America, by and through its undersigned counsel, respectfully moves this Court to grant summary judgment in favor of the United States and enter a judgment in its favor in the amount of the unpaid tax assessment of $1,967,844, plus interest thereon as is required by law.

The plaintiff, Timothy Joe Reeves, erroneously claims that his civil tax liabilities were settled as part of a plea agreement and, therefore, he is not obligated to pay excise taxes, including penalties and interest, assessed against him for the periods covering 1994 through 1997. Alternatively, and despite Reeves' claims of a purported settlement of his civil tax liabilities, he nevertheless claims that he is not liable for the assessment because it is erroneous. The United States disputes Reeves' contentions.

Neither the facts nor the law support a finding that Reeves is not obligated to pay the excise tax assessment, plus interest thereon as is required by law. As there exists no genuine issue of material fact, the United States is entitled to judgment, as a matter of law. Accordingly,

summary judgment should be granted in favor of the United States and a judgment entered in its favor for the sum of $1,967,844, plus interest thereon as is required by law.

A memorandum of law in support of this motion and a statement of material facts, including accompanying exhibits, are attached hereto and incorporated herein for all purposes.

Dated this 5th day of May, 2006.

                LEURA GARRETT CANARY
                United States Attorney

                s/ Lynne M. Murphy
                LYNNE M. MURPHY
                Trial Attorney, Tax Division
                La. Bar No. 24065
                D.C. Bar No. 485928
                U.S. Department of Justice
                P.O. Box 14198
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone:    (202) 514-5881
                Facsimile:    (202) 514-9868
                E-mail:    Lynne.M.Murphy@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Motion of United States for Summary Judgment, Memorandum of Law In Support Thereof, Statement of Material Facts and accompanying Exhibits has this 5th day of May, 2006 been made by electronically filing the documents with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    William W. Hinesley, Esquire
    whinesley@JHFC-law.com

    G. David Johnston, Esquire
    djohnston@jhfc-law.com

    L. Drew Redden
    melissa@rmclaw.com

    s/ Lynne M. Murphy
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 14198
    Ben Franklin Station
    Washington, D.C.  20044