## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:05-CV-00542-MHT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## LIST OF EXHIBITS
## FOR MOTION OF UNITED STATES FOR SUMMARY JUDGMENT

**Exhibit "A"**  -  Declaration of Charles Niven, Retired First Assistant United States Attorney, executed on May 1, 2006

**Exhibit "1"**  -  Indictment filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on February 3, 1999

**Exhibit "2"**  -  Plea Agreement of Timothy Joe Reeves filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on October 14, 1999

**Exhibit "3"**  -  File-stamped Copy of Plea Agreement of Timothy Joe Reeves

**Exhibit "4"**  -  Transcript of Sentence Hearings held in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on February 1, 2000

**Exhibit "5"**  -  Judgment in a Criminal Case entered in United States v.Timothy Joe Reeves, Case No. 1:99-CR-00013-002, on February 10, 2000

**Exhibit "6"**  -  IRS Administrative Files for Excise Tax Assessment against Reeves

**Exhibit "7"**  -  Petition filed by Timothy Joe Reeves with the United States Tax Court in Reeves v. Commissioner, Docket No. 24261-04, on December 21, 2004

**Exhibit "8"**  -  Certificate of Assessments, Payments and Other Specified Matters, for Form 730, Tax on Wagering, for Reeves for the tax periods ending September, 1994 through January, 1995, September, 1995 through January, 1996 and September, 1996 through January, 1997

**Exhibit "9"    -**    Plea Agreement of Vivian Welch Bond filed in <u>United States v. Billy Joe Reeves, et al.</u>, Case No. 99-CR-0013-S (M.D. Ala.), on October 14, 1999

**Exhibit "10"    -**    Plea Agreement of David Franklin Mims filed in <u>United States v. Billy Joe Reeves, et al.</u>, Case No. 99-CR-0013-S (M.D. Ala.), on October 20, 1999

**Exhibit "11"    -**    Administrative Refund Claims filed by Reeves

**Exhibit "12"    -**    Report prepared by Reeves' Expert, David W. Parsons, CPA, entitled "Excise Tax Calculation" - Tim Reeves for Specific Tax Periods 2004, 2005, 2006 and 2007 [*sic*] and dated January 30, 2006

**Exhibit "13"    -**    Judgment in a Criminal Case entered in <u>United States v. Ronald Lynn Cherry</u>, Case No. 1:99-CR-00013-004, on February 10, 2000

**Exhibit "14"    -**    Report prepared by Government's Expert, George Ignatin, Ph.D., dated February 28, 2006

1664725.1