IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv542-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

It is ORDERED that the motions for summary judgment (Doc. Nos. 25 & 28) are set for submission, without oral argument, on May 31, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 16th day of May, 2006.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE