IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-00542-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

LIST OF EXHIBITS
FOR OPPOSITION OF UNITED STATES
TO PLAINTIFF TIMOTHY JOE REEVES'
MOTION FOR SUMMARY JUDGMENT

**Exhibit "B"** -   Declaration of Charles A. Bravata, Sr., Special Agent for the Federal Bureau of Investigation, executed on May 22, 2006

**Exhibit "C"** -   Declaration of A. Gillis Douglass, III, Retired Special Agent for the Internal Revenue Service, Criminal Investigation Division, executed on May 19, 2006

**Exhibit "D"** -   Declaration of Louie Wilson, Special Agent for the Internal Revenue Service, Criminal Investigation Division, executed on May 16, 2006