IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JOE REEVES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-00542-MHT |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

OPPOSITION AND RESPONSE OF UNITED STATES
TO PLAINTIFF TIMOTHY JOE REEVES'
MOTION TO DISCLOSE EX PARTE MOTION AND ORDER

The defendant, United States of America, respectfully submits its Opposition and Response to the Motion To Disclose Ex Parte Motion and Order filed by the plaintiff, Timothy Joe Reeves, and states the following:

On May 5, 2006, Reeves filed a motion, requesting the Court to order "disclosure of the ex parte motion filed by the United States on or about April 14, 2006. . . and any Order issued by the Court in response to the ex parte motion." Reeves' Motion, at p. 1. On May 9, 2006, the United States faxed the ex parte motion filed by the United States on April 14, 2006 and the Order entered by the Court on April 18, 2006, to plaintiff's counsel. Upon receipt of the facsimile, plaintiff's counsel was to advise the Court that the plaintiff would dismiss his Motion To Disclose. To date, plaintiff's counsel has not

1729389.1

so advised the Court. Accordingly, the United States respectfully requests that the Court deny the plaintiff's Motion To Disclose as moot.

Dated this 31st day of May, 2006.

LEURA GARRETT CANARY
United States Attorney


s/ Lynne M. Murphy
LYNNE M. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:   (202) 514-5881
Facsimile:   (202) 514-9868
E-mail:      Lynne.M.Murphy@usdoj.gov

1729389.1                                  2

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that service of the foregoing Opposition and Response of United States to Plaintiff Timothy Joe Reeves' Motion To Disclose Ex Parte Motion and Order has this 31st day of May, 2006 been made by electronically filing the documents with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>William W. Hinesley, Esquire
>whinesley@JHFC-law.com
>
>G. David Johnston, Esquire
>djohnston@jhfc-law.com
>
>L. Drew Redden
>melissa@rmclaw.com

>s/ Lynne M. Murphy
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C. 20044