IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV542-MHT |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion to Disclose Ex Parte Motion, filed on 5 May 2006 (Doc. # 24), is DENIED as moot. In its response to the motion, filed on 31 May 2006 (Doc. # 32), the government warrants that it provided plaintiff's counsel with a copy of the motion on 9 May 2006.

DONE this 2nd day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE