IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CIVIL ACTION NO. 1:05-CV-00542-T |
| UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, who moves this Court for continuance of the pre-trial conference scheduled for August 4, 2006, and for continuance of the non-jury trial scheduled for September 11, 2006. As grounds therefor, Plaintiff hereby notifies the Court that L. Drew Redden, Plaintiff's trial counsel, fell in his home and has suffered a severe injury to the vertebrae in his neck. Mr. Redden is currently in the hospital and will have to undergo extensive rehabilitation. Mr. Redden and Plaintiff strongly feel that it is imperative that he participate in the pre-trial conference as well as the trial of the case.

Lynne M. Murphy, counsel for the Defendant, has no objection to a continuance of the pre-trail conference and the trial, and the resetting of the trial to the Court's June, 2007, docket, with the pre-trial conference being reset to a date approximately thirty days in advance of the trial date.

WHEREFORE, Plaintiff moves this Court to continue the pre-trial conference and the trial of this case and to reset same.

This 28th day of July, 2006.

        Respectfully submitted,

        _/s/ G. David Johnston_
        G. David Johnston
        Bar No. ASB-8863-T636
        Attorney for Plaintiff
        Johnston, Hinesley, Flowers & Clenney, P.C.
        291 North Oates Street
        Dothan, Alabama 36303
        334-793-1115

        OF COUNSEL:

        L. Drew Redden
        Bar No. ASB-1710-D661
        Attorney for Plaintiff
        Redden, Mills & Clark
        940 Financial Center
        505 North 20th Street
        Birmingham, Alabama 35203-2605
        205-322-0457

        William W. Hinesley
        Bar No. ASB-4423-E65W
        Attorney for Plaintiff
        Johnston, Hinesley, Flowers & Clenney, P.C.
        291 North Oates Street
        Dothan, Alabama 36303
        334-793-1115

MOTIONS\REEVES_TIM.CONTINUANCE