IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv542-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for continuance (Doc. No. 35) is granted.

(2) The uniform scheduling order (Doc. No. 11) is modified in the following respects:

    (A) The pretrial is reset for May 11, 2007 , and the trial is reset for term of court beginning on June 18, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

**(B) All other deadlines are unchanged.**

**DONE, this the 8th day of August, 2006.**

					<u>/s/ Myron H. Thompson</u>
					**UNITED STATES DISTRICT JUDGE**