**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 1:05-CV-00542-T** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION REGARDING DISPOSITIVE MOTIONS**

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, and counsel for the Defendant, the United States of America, who, after having reviewed the Court's most recent order granting Plaintiff's Unopposed Motion For Continuance and revising its scheduling order, jointly stipulate to the Court that both Plaintiff and Defendant have heretofore filed with the Court Motions For Summary Judgment and that neither Plaintiff nor Defendant intends to file any further dispositive motions.

This 11th day of August, 2006.

Respectfully submitted,

G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

OF COUNSEL:

L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457

William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115


/s/ Lynne M. Murphy
Lynne M. Murphy
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
202-514-5881

MOTIONS\REEVES_TIM.JOINT_STIPULATION_REGARDING_DISPOSITIVE_MOTIONS