IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-00542-T |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Scheduling Order entered on September 21, 2005, as amended by Order dated August 8, 2006, Plaintiff through his counsel hereby submits this Notice Concerning Settlement Conference and Mediation to apprise this Court of settlement discussions between the parties.

Counsel for Plaintiff and Defendant have discussed in detail by telephone conference on more than one occasion the legal position of each party in this case concerning the Plea Agreement and any potential settlement and/or mediation conference concerning the same. Given the current posture of this case, both parties believe that they are unable to have meaningful settlement/mediation discussions, unless and until the Court determines the meaning of the Plea Agreement and its application to the excise taxes, penalties and interest assessed against the Plaintiff for the periods covering 1994 through 1997. Once the Court determines the meaning of the Plea Agreement, both parties would be willing to reconsider the matter and determine if settlement/mediation discussions would be feasible.

Dated this 9th day of May, 2007.

        Respectfully submitted,

        FOR THE PLAINTIFF

        */s/ L. Drew Redden*
        L. Drew Redden
        Bar No. ASB-1710-D661
        Attorney for Plaintiff
        Redden, Mills & Clark
        940 Financial Center
        505 North 20th Street
        Birmingham, Alabama 35203-2605
        205-322-0457

        */s/ G. David Johnston*
        G. David Johnston
        Bar No. ASB-8863-T636
        Attorney for Plaintiff
        Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
        291 North Oates Street
        Dothan, Alabama 36303
        334-793-1115

        */s/ William W. Hinesley*
        William W. Hinesley
        Bar No. ASB-4423-E65W
        Attorney for Plaintiff
        Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
        291 North Oates Street
        Dothan, Alabama 36303
        334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Notice Concerning Settlement Conference and Mediation upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same with Federal Express to her regular street mailing address at United States Department of Justice, 555 4th Street, N.W., Suite 6219, Washington, D.C. 20001, on this 9th day of May, 2007.

*[signature]*

G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

\MOTIONS\REEVES_TIM.SettleNotice

3