**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:05-CV-00542-MHT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S LIST OF WITNESSES AND EXHIBITS**

Pursuant to the Court's Scheduling Order entered on September 21, 2005, as amended by Orders entered on February 21 and August 8, 2006, the defendant, United States of America, respectfully submits its List of Witnesses and Exhibits for trial of the above-referenced refund action scheduled for June 18, 2007:

I.    **WITNESSES.**

A.    The United States identifies the following persons that it may call to testify at trial if the need should arise in light of developments at trial:

1.    **Charles Niven, Esquire**
Former First Assistant United States Attorney (Retired)
26520 Holly Street
Loxley, Alabama  36551
Telephone:    (251) 964-6174

2.    **John Harmon, Esquire**
Assistant United States Attorney
Office of the United States Attorney
for the Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104
Telephone:    (334) 223-7280

3.    **Charles A. Bravata, Sr.**
FBI Special Agent
Federal Bureau of Investigation
J. Edgar Hoover Bldg.
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535
Telephone:    (202) 324-3000

4.    **Sergeant Ray Wiehe**
Dothan Police Department
210 N. Saint Andrews Street
Dothan, Alabama 36303
Telephone:    (334) 615-3000

5.    **A. Gillis Douglass, III**
Former Internal Revenue CID Agent (Retired)
375 Hillcrest Way
De Funiak Springs, Florida 32435
Telephone:    (850) 892-9234

6.    **Louie Wilson**
Internal Revenue CID Agent
Internal Revenue Service
Criminal Investigation Division
1285 Carmichael Way
Montgomery, Alabama 36106
Telephone:    (334) 290-4026

1825522.1

7.      **James Douglas Dunlap**
        Forensic Examiner
        Racketeering Records Analysis Unit
        Federal Bureau of Investigation
        J. Edgar Hoover Bldg.
        935 Pennsylvania Avenue, N.W.
        Washington, D.C.  20535
        Telephone:     (202) 324-3000

8.      **Joe Elliot**
        Internal Revenue Agent
        Internal Revenue Service
        801 Tom Martin Drive
        Birmingham, Alabama  35211
        Telephone:     (205) 912-5254

9.      **George Ignatin, Ph.D.**
        510 Shady Lane Circle
        Hartselle, Alabama  35640
        Telephone:     (256) 773-1505

**B.**     The United States reserves the right to call any other persons who are listed as witnesses by the plaintiff or are called to testify by the plaintiff.

**C.**     The United States reserves the right to call any persons necessary to authenticate documents presented at trial.

**D.**     The United States reserves the right to call any persons who are necessary to rebut or impeach the testimony of any witnesses called by the plaintiff.

**E.**     The United States reserves the right to amend or supplement its List of Witnesses in the event any witness, through subsequent discovery or investigation, is identified or determined to be necessary for trial.

1825522.1

**F.**    The United States further reserves the right to amend or supplement its List of Witnesses, if necessary, in light of any subsequent evidentiary rulings by the Court.

**II.    EXHIBITS.**

**A.**    The United States identifies the following exhibits, consisting of originals, certified copies or true and correct copies, that it may offer at trial if the need should arise in light of developments at trial:

**Exhibit "1"**    -    Plea Agreement of Timothy Joe Reeves filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on October 14, 1999

**Exhibit "2"**    -    File-stamped Copy of Plea Agreement of Timothy Joe Reeves

**Exhibit "3"**    -    Indictment filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on February 3, 1999

**Exhibit "4"**    -    Transcript of Sentence Hearings held in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on February 1, 2000

**Exhibit "5"**    -    Judgment in a Criminal Case entered in United States v.Timothy Joe Reeves, Case No. 1:99-CR-00013-002-S, on February 10, 2000

**Exhibit "6"**    -    Plea Agreement of Vivian Welch Bond filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on October 14, 1999

**Exhibit "7"**    -    Plea Agreement of David Franklin Mims filed in United States v. Billy Joe Reeves, et al., Case No. 99-CR-0013-S (M.D. Ala.), on October 20, 1999

**Exhibit "8"**    -    Judgment in a Criminal Case entered in United States v. Ronald Lynn Cherry, Case No. 1:99-CR-00013-004-S, on February 10, 2000

1825522.1

**Exhibit "9"**    -    IRS Administrative Files for Excise Tax Assessment against Timothy Joe Reeves for the tax periods ending September 1994 through January 1995, September 1995 through January 1996, and September 1996 through January 1997

**Exhibit "10"**    -    Certificate of Assessments, Payments and Other Specified Matters, for Form 730, Tax on Wagering, for Timothy Joe Reeves for the tax periods ending September 1994 through January 1995, September 1995 through January 1996, and September 1996 through January 1997

**Exhibit "11"**    -    Administrative Refund Claims filed by Timothy Joe Reeves for the tax periods ending September 1994 through January 1995, September 1995 through January 1996, and September 1996 through January 1997

**Exhibit "12"**    -    Petition filed by Timothy Joe Reeves with the United States Tax Court in <u>Reeves v. Commissioner</u>, Docket No. 24261-04, on December 21, 2004

**Exhibit "13"**    -    Report prepared by Government's Expert, George Ignatin, Ph.D., dated February 28, 2006

**Exhibit "14"**    -    "Sample" Terms for Wagering and Basketball Brochures Returned in Search Warrants

**Exhibit "15"**    -    "Sample" Line Sheets Returned in Search Warrants

**Exhibit "16"**    -    FBI Transcript of Interview of David Franklin Mims, Jr. on January 12, 1997

**Exhibit "17"**    -    FBI Transcript of Interview of Ronald Lynn Cherry on January 12, 1997

**Exhibit "18"**    -    FBI Transcript of Interview of Virgil Lee Sellers on January 12, 1997

**Exhibit "19"**    -    FBI Transcript of Interview of Benjamin Mills Hornsby on January 12, 1997, including attachments

1825522.1

**Exhibit "20"** -     FBI Transcript of Interview of Vivian Welch Bond on January 12, 1997

**Exhibit "21"** -     FBI Transcript of Interview of Larry Joe Cobb on January 12, 1997

**Exhibit "22"** -     FBI Transcript of Interview of Doyle Carey Newby on February 5, 1997, including copy of cancelled check

**Exhibit "23"** -     FBI Transcript of Interview of Markus Derrell Howell on April 23, 1997, including copy of cancelled check

**Exhibit "24"** -     FBI Transcript of Interview of Brian John Hennessy on May 5, 1997, including copies of money orders

**Exhibit "25"** -     FBI Transcript of Interviews of Lalit Narshienbhai Desai on May 16 and June 24, 1997, including copies of cancelled checks

**Exhibit "26"** -     FBI Transcript of Interview of Chevalier Kenyatta Paul on May 16, 1997, including copy of cancelled check

**Exhibit "27"** -     FBI Transcript of Interview of James Kenneth Floyd on May 19, 1997, including copies of cancelled checks

**Exhibit "28"** -     FBI Transcript of Interview of Harold Robert (Bob) Breese on May 22, 1997, including copies of cancelled checks

**Exhibit "29"** -     FBI Transcript of Interview of Paul E. Lederman on May 23, 1997, including copy of a money order

**Exhibit "30"** -     FBI Transcript of Interview of Robert Earl Hogan, Jr. on May 27, 1997, including copy of a ledger page showing wagers made

**Exhibit "31"** -     FBI Transcript of Interview of Chad Michael Chandler on May 30, 1997, including copy of a ledger page showing wagers made

**Exhibit "32"** -     FBI Transcript of Interview of Billy Christopher Simmons on June 2, 1997, including copy of a ledger page showing wagers made

**Exhibit "33"** -     FBI Transcript of Interview of Adrian Chet Miller on June 5, 1997

1825522.1

**Exhibit "34" -**    "Sample" Sheets of Various Bookmakers Returned In Search Warrants, showing wagers accepted

**Exhibit "35" -**    "Sample" Envelopes and Receipts Returned in Search Warrants

**B.**    The United States reserves the right to introduce any exhibits that are listed or may be introduced by the plaintiff.

**C.**    The United States reserves the right to introduce any exhibits that are necessary to rebut or impeach the testimony of any witness called by the plaintiff.

**D.**    The United States reserves the right to amend or supplement its List of Exhibits in the event that any document, through subsequent discovery or investigation, is identified or determined to be necessary for trial.

**E.**    The United States further reserves the right to amend or supplement its List of Exhibits, if necessary, in light of any subsequent evidentiary rulings by the Court.

Dated this 9th day of May, 2007.

LEURA GARRETT CANARY
United States Attorney

s/ Lynne M. Murphy
_____
LYNNE M. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:    (202) 514-5881
Facsimile:    (202) 514-9868
E-mail:    lynne.m.murphy@usdoj.gov

1825522.1

## <u>CERTIFICATE OF SERVICE</u>

**IT IS HEREBY CERTIFIED** that service of the foregoing Defendant's List of

Witnesses and Exhibits, has this 9ᵗʰ day of May, 2007 been made, **VIA FACSIMILE**, and by

electronically filing the documents with the Clerk of Court using the CM/ECF system which will

automatically send e-mail notification of such filing to the following attorneys of record:

William W. Hinesley, Esquire
whinesley@JHFC-law.com

G. David Johnston, Esquire
djohnston@jhfc-law.com

L. Drew Redden
melissa@rmclaw.com


s/ Lynne M. Murphy
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044