**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 1:05-CV-00542-T** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR TRIAL BY JURY**

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, and, pursuant to Rule 39(b) of the Federal Rules of Civil Procedure, moves this Court for a trial by jury of all issues in this case before this Court.

This 14th  day of May, 2007.

Respectfully submitted,

FOR THE PLAINTIFF

s/L. Drew Redden
L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark, LLP
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457

-1-

s/ G. David Johnston
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

s/ William H. Hinesley
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Motion For Trial By Jury upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198, on this 14th day of May, 2007.

s/ G. David Johnston
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115