IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIMOTHY JOE REEVES,           )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    1:05cv542-MHT
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the opposition to trial by jury (Doc. No. 43) is treated as a motion to strike jury demand and said motion is set for submission, without oral argument, on May 25, 2007, with all briefs due by said date.

DONE, this the 18th day of May, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE