## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-CV-00542-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Defendant. | ) |

### MEMORANDUM OF UNITED STATES IN SUPPORT OF
### ITS MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Pursuant to the Court's Order entered on May 18, 2007, the defendant, United States of America, respectfully submits its Memorandum In Support of its Motion To Strike Plaintiff's Jury Demand. On May 14, 2007, plaintiff, Timothy Joe Reeves, filed a Motion for Trial By Jury. On May 17, 2007, the United States filed an opposition to plaintiff's motion. (Doc. 43). In that opposition, the United States sets forth a number of reasons why plaintiff's dilatory request for a jury trial should be denied. On May 18, 2007, the Court ordered that the government's opposition be treated as a motion to strike jury demand and further ordered that all briefs be submitted by May 25, 2007.

The United States respectfully moves the Court to strike plaintiff's belated jury demand. The United States has previously addressed the issues presented by plaintiff's untimely jury demand in its opposition filed on May 17, 2007. Accordingly, the United States refrains from repeating those arguments here, and instead, incorporates its opposition herein. As discussed in

2484142.1

the opposition, plaintiff has failed to make a timely jury demand as to any issues challenging his personal liability of the unpaid excise tax assessment, including the validity and amount thereof, and therefore, has waived any right to a trial by jury on those issues.  Applying the five factors established by the Eleventh Circuit in Parrott v. Wilson, 707 F.2d 1262, 1267 (11th Cir. 1983) to be used in determining whether a party should be relieved of its waiver of a jury trial, all factors weigh in favor of denying plaintiff's untimely jury trial request.  There are "strong and compelling reasons," as discussed in the government's opposition, for striking plaintiff's belated jury demand and such demand should be stricken.

        Dated this 25th day of May, 2007.

        LEURA GARRETT CANARY
United States Attorney

s/ Lynne M. Murphy
LYNNE M. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:   (202) 514-5881
Facsimile:   (202) 514-9868
E-mail:      lynne.m.murphy@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Memorandum of United States In Support of Its Motion To Strike Plaintiff's Jury Demand has this 25th day of May, 2007 been made by electronically filing the documents with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

William W. Hinesley, Esquire
whinesley@JHFC-law.com

G. David Johnston, Esquire
djohnston@jhfc-law.com

L. Drew Redden
melissa@rmclaw.com


          s/ Lynne M. Murphy
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 14198
          Ben Franklin Station
          Washington, D.C. 20044