## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:05-CV-00542-MHT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S SUPPLEMENTATION
### TO ITS LIST OF WITNESSES AND EXHIBITS

The defendant, United States of America, respectfully submits Defendant's

Supplementation to Its List of Witnesses and Exhibits that was previously filed and served on

May 9, 2007 in order to add the following witnesses that *may* be called to testify at the trial

scheduled for July 12, 2007 if the need should arise in light of developments at the trial:

1. **Timothy Joe Reeves**
   1075 Malvern Road
   Dothan, Alabama 36301
   Telephone:     (334) 677-3805

2. **David Franklin Mims**
   2774 E. Saunders Road
   Dothan, Alabama 36301
   Telephone:     (334) 790-7893

3. **Adrian Chet Miller**
   117 Westmont Street
   Dothan, Alabama 36301
   Telephone:     (334) 677-8033

    **4.**        **Doyle C. Newby**
                Jim Skinner Honda
                3823 Ross Clark Circle
                Dothan, Alabama  36303
                Telephone:    (334) 671-8100

    **5.**        **Chad Michael Chandler**
                145 Spring Hill Road
                Dothan, Alabama  36301
                Telephone:    (334) 793-8111

    **6.**        **Markus Derrell Howell**
                Mitchell Hyundai Enterprise
                1101 Rucker Blvd.
                Enterprise, Alabama
                Telephone:    (334) 308-1670

Dated this 21st day of June, 2007.

                LEURA GARRETT CANARY
                United States Attorney

                s/ Lynne M. Murphy

                LYNNE M. MURPHY
                Trial Attorney, Tax Division
                U.S. Department of Justice
                La. Bar No. 20465
                D.C. Bar No. 485928
                P.O. Box 14198
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone:    (202) 514-5881
                Facsimile:    (202) 514-9868
                E-mail:        lynne.m.murphy@usdoj.gov

2530765.1

## <u>CERTIFICATE OF SERVICE</u>

**IT IS HEREBY CERTIFIED** that service of the foregoing Defendant's

Supplementation to Its List of Witnesses and Exhibits has this 21st day of June, 2007 been made,

**VIA FACSIMILE**, and by electronically filing the document with the Clerk of Court using the

CM/ECF system which will automatically send e-mail notification of such filing to the following

attorneys of record:

> William W. Hinesley, Esquire
> whinesley@JHFC-law.com
>
> G. David Johnston, Esquire
> djohnston@jhfc-law.com
>
> L. Drew Redden
> melissa@rmclaw.com

> s/ Lynne M. Murphy
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 14198
> Ben Franklin Station
> Washington, D.C.  20044