## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY JOE REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:05-CV-00542-MHT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court entered on June 12, 2007, the defendant, United States of America, respectfully submits its Conflict Disclosure Statement and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

___    This party is an individual, or

_X_    This party is a governmental entity, or

___    There are no entities to be reported, or

___    The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____          _____

_____          _____

_____          _____

Dated this 21st day of June, 2007.


                              LEURA GARRETT CANARY
                              United States Attorney

                              s/ Lynne M. Murphy
_____
                              LYNNE M. MURPHY
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              La. Bar No. 20465
                              D.C. Bar No. 485928
                              P.O. Box 14198
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone:    (202) 514-5881
                              Facsimile:    (202) 514-9868
                              E-mail:    lynne.m.murphy@usdoj.gov

2565893.1

## <u>CERTIFICATE OF SERVICE</u>

**IT IS HEREBY CERTIFIED** that service of the foregoing Defendant's Conflict

Disclosure Statement has this 21st day of June, 2007 been made by electronically filing the

document with the Clerk of Court using the CM/ECF system which will automatically send

e-mail notification of such filing to the following attorneys of record:

William W. Hinesley, Esquire
whinesley@JHFC-law.com

G. David Johnston, Esquire
djohnston@jhfc-law.com

L. Drew Redden
melissa@rmclaw.com


s/ Lynne M. Murphy
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044