IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-00542-T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED LIST OF WITNESSES AND TRIAL EXHIBITS OF PLAINTIFF

Pursuant to the Scheduling Order entered on September 21, 2005, as amended by Order dated August 8, 2006, and as further amended by Order on Pretrial Hearing entered May 16, 2007, Plaintiff hereby submits his Amended List of Witnesses and Trial Exhibits to Defendant in the above-referenced action.

**A.** Plaintiff intends to call the following persons as witnesses at the trial of this case:

1. Timothy Joe Reeves
   1075 Malvern Road
   Dothan, Alabama 36301
   Telephone: (334) 677-3805

2. Aston Holmes Ott, Esquire
   Former Assistant United States Attorney
   6372 East Street Highway 52
   Webb, Alabama 36376
   Telephone: (334) 677-2108

**B.** The following additional persons may also be called to testify by Plaintiff should Plaintiff so determine the need for such testimony:

1. Ronald Lynn Cherry
   177 Campbellton Highway
   Dothan, Alabama 36301
   Telephone: (334) 791-4995



DEFENDANT'S
EXHIBIT
A

2. David W. Parsons, CPA—Expert Witness
ParsonsGroup, LLC
110 Medical Drive
Dothan, Alabama 36303
Telephone: (334) 793-3122

3. L. Drew Redden, Esquire
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
Telephone: (205) 322-0457

4. A. Gillis Douglass, III
Former Internal Revenue CID Agent (Retired)
375 Hillcrest Way
DeFuniak Springs, Florida 32435
(850) 892-9234

5. John Harmon, Esquire
Assistant United States Attorney
Office of the United States Attorney
for the Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104

6. William Baxley, Esquire
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue South
Birmingham, Alabama 35233
Telephone: (205) 271-1100

7. David McKnght, Esquire
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue South
Birmingham, Alabama 35233
Telephone: (205) 271-1100

**C.** The Plaintiff also reserves the right to call any other persons who are listed by the Defendant or are called to testify by the Defendant.

The Plaintiff reserves the right to call any persons necessary to authenticate documents presented at trial.

The Plaintiff reserves the right to call any persons who are necessary to rebut or impeach the testimony of any witnesses called by the Defendant.

The Plaintiff reserves the right to amend or supplement its List of Witnesses in the event any witness, through subsequent discovery or investigation, is identified or determined to be necessary for trial.

The Plaintiff further reserves the right to amend or supplement its List of Witnesses, if necessary, in light of any subsequent evidentiary rulings by the Court.

**D.** The Plaintiff hereby submits to Defendant the following list of exhibits that Plaintiff intends to use at trial:

Plaintiff's Exhibit 1: Plea Agreement between United States of America and Timothy Joe Reeves dated October 14, 1999;

Plaintiff's Exhibit 2: Criminal Judgment of Timothy Joe Reeves dated February 1, 2000;

Plaintiff's Exhibit 3: Trial Testimony of Timothy ("Tim") Joe Reeves on October 28, 1999;

Plaintiff's Exhibit 4: Deposition of Timothy ("Tim") Joe Reeves on February 3, 2000;

Plaintiff's Exhibit 5: Form 886A Internal Revenue Service Explanation of Items of Gross Gambling Wagers;

Plaintiff's Exhibit 6: Numerical chart of football wagering prepared by Ronald Lynn Cherry from his analysis of wiretap tapes;

Plaintiff's Exhibit 7: Expert Report (Excise Tax Calculation) by Expert Witness David W. Parsons, CPA;

Plaintiff's Exhibit 8: Form 8849 Claims for Refund of Excise Taxes; and

Plaintiff's Exhibit 9: Refund Claim Denial Letter by IRS dated July 18, 2005.

The Plaintiff reserves the right to introduce any exhibits that are listed or may be introduced by the Defendant.

The Plaintiff reserves the right to introduce any exhibits that are necessary to rebut or impeach the testimony of any witness called by the Defendant.

The Plaintiff reserves the right to amend or supplement its List of Exhibits in the event that any document, through subsequent discovery or investigation, is identified or determined to be necessary for trial.

The Plaintiff further reserves the right to amend or supplement its List of Exhibits, if necessary, in light of any subsequent evidentiary rulings by the Court.

Dated this 31st day of May, 2007.

Respectfully submitted,

FOR THE PLAINTIFF

_____
L. Drew Redden
Bar No. ASB-1710-D661
Attorney for Plaintiff
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
205-322-0457

_____
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

4

/s/ William W. Hinesley
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing List of Witnesses and Trial Exhibits of Plaintiff upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same with Federal Express to her regular street mailing address at United States Department of Justice, 555 4th Street, N.W., Suite 6219, Washington, D.C. 20001, on this 31st day of May, 2007.

*[signature]*

G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney & Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

\MOTIONS\REEVES_TIM.WitnessExhList(Amended)