IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 1:05-CV-00542-T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

COMES NOW counsel for the Plaintiff, Timothy Joe Reeves, who moves this Court for continuance of the trial scheduled for July 12, 2007. As grounds therefor, Plaintiff hereby notifies the Court that L. Drew Redden, Plaintiff's trial counsel, died in his sleep in his home early this morning (July 2, 2007). Plaintiff has contacted George Beck, an attorney who is experienced in criminal trial practice to act as lead trial counsel, but Attorney Beck has scheduling conflicts with the trial date of July 12th, and he does not have sufficient time to prepare before the scheduled trial date.

WHEREFORE, Plaintiff moves this Court to continue the trial of this case and to reset same.

This 2nd day of July, 2007.

                                                Respectfully submitted,

                                                /s/G. David Johnston
                                                G. David Johnston
                                                Bar No. ASB-8863-T636
                                                Attorney for Plaintiff
                                                Johnston, Hinesley, Flowers & Clenney, P.C.
                                                291 North Oates Street
                                                Dothan, Alabama 36303
                                                334-793-1115

/s/ William W. Hinesley
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Motion To Amend Scheduling Order upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198, on this 2nd day of July, 2007.

/s/ G. David Johnston
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers & Clenney, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115