# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv542-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that the motion to continue (Doc. No. 51) is granted and the trial is continued generally. Trial will be reset, if necessary, after disposition of the pending summary-judgment motions.

DONE, this the 5th day of July, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**