# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-00542-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ORDER THAT TRIAL SUBPOENAS REMAIN IN EFFECT

Pursuant to the Court's Order entered on July 5, 2007, trial in the above-captioned case was continued generally, and will be reset, if necessary, after disposition of the pending summary-judgment motions. (Doc. 52). The above-referenced action was set for trial on July 12, 2007, and both parties served trial subpoenas on multiple persons commanding their attendance at the trial. The parties expended significant time and costs to serve some of the subpoenas and wish to avoid a recurrence of such costs if trial is ultimately determined to be necessary. Accordingly, the plaintiff, Timothy Joe Reeves, and the defendant, the United States of America, jointly and respectfully move this Court to order that all of the parties' trial subpoenas that were properly served for the July 12th trial remain in effect for any trial that may be reset in the above-captioned case, if necessary, after disposition of the pending summary judgment motions. If this motion is granted, each party shall be responsible for serving a copy of

the Court's order upon any persons they served with a trial subpoena, by United States mail, first-class postage prepaid. A proposed order is attached hereto.

                                                       LEURA GARRETT CANARY
                                                     United States Attorney

| s/ G. David Johnston | s/ Lynne M. Murphy |
|---|---|
| G. DAVID JOHNSTON | LYNNE M. MURPHY |
| Bar. No. ASB-8863-T636 | Trial Attorney, Tax Division |
| Attorney for Plaintiff | La. Bar No. 24065 |
| JOHNSTON, HINESLEY, FLOWERS | D.C. Bar No. 485928 |
| & CLENNEY, P.C. | U.S. Department of Justice |
| 291 North Oates Street | P.O. Box 14198 |
| Dothan, Alabama 36303 | Ben Franklin Station |
| Telephone:   (334) 793-1115 | Washington, D.C.  20044 |
|  | Telephone:   (202) 514-5881 |
|  |  |
| s/ William W. Hinesley | s/ James T. Lyons |
| WILLIAM W. HINESLEY | JAMES T. LYONS |
| Bar. No. ASB-4423-E65W | Trial Attorney, Tax Division |
| Attorney for Plaintiff | New York Bar No. 3933868 |
| JOHNSTON, HINESLEY, FLOWERS | U.S. Department of Justice |
| & CLENNEY, P.C. | P.O. Box 14198 |
| 291 North Oates Street | Ben Franklin Station |
| Dothan, Alabama 36303 | Washington, D.C.  20044 |
| Telephone:   (334) 793-1115 | Telephone:   (202) 514-5880 |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing has this 10th day of July 2007 been made, by electronically filing the document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

William W. Hinesley, Esquire
whinesley@jhfc-law.com

G. David Johnston, Esquire
djohnston@jhfc-law.com

 

s/ James T. Lyons
James T. Lyons
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044