IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-00542-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to this Court's Order entered on July 5, 2007, trial in the above-referenced action was continued generally from July 12, 2007, and will be reset, if necessary, after disposition of the pending summary-judgment motions. (Doc. 52). It is ORDERED that all of the parties' trial subpoenas that were properly served for the July 12th trial shall remain in effect for any trial that may be reset in the above-captioned case, if necessary, after disposition of the pending summary judgment motions. It is further ORDERED that each party shall serve a copy of this Order, by United States mail, first-class postage prepaid, upon any persons they served with a trial subpoena.

_____
Myron H. Thompson
UNITED STATES DISTRICT JUDGE