IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

TIMOTHY JOE REEVES,         )
                            )
   Plaintiff,              )
                            )        CIVIL ACTION NO.
   v.                      )         1:05cv542-MHT
                            )
UNITED STATES OF AMERICA,   )
                            )
   Defendant.              )

ORDER

Pursuant to the court's order entered on July 5, 2007 (Doc. No. 52), trial in this case was continued generally from July 12, 2007, and will be reset, if necessary, after disposition of the pending summary-judgment motions. Accordingly, it is ORDERED as follows:

(1) The joint motion that trial subpoenas remain in effect (Doc. No. 54) is granted.

(2) The parties' trial subpoenas that were properly served for the July 12 trial shall remain in effect for any trial that may be reset in the

    above-captioned case, if necessary, after disposition of the pending summary-judgment motions.

(3) Each party shall serve a copy of this order, by United States Mail, first-class postage prepaid, upon any persons they served with a trial subpoena.

DONE, this the 8th day of August, 2007

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE