IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JOE REEVES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv542-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

In accordance with the memorandum opinion entered this date, it is ORDERED as follows:

(1) Defendant United States of America's motion for summary judgment (Doc. No. 28) is granted to the extent that it is DECLARED that the criminal plea agreement did not prohibit the Internal Revenue Service from assessing civil-tax penalties against plaintiff Timothy Joe Reeves.

(2) Plaintiff Reeves's motion for summary judgment (Doc. No. 25) is granted to the extent that it is DECLARED that the criminal plea agreement did

prohibit the Internal Revenue Service, in making and defending the assessment, from using plaintiff Reeves's testimony given pursuant to the agreement.

(3) The motions are denied without prejudice in all other respects so as to allow the parties to engage in mediation on the issue of the validity of the assessment in light of the court's determinations.

(4) The parties are allowed until September 28, 2007, to complete mediation.  If the parties do not resolve by then the remaining issue of the validity of the assessment, they are allowed until October 12, 2007, to re-file their summary-judgment motions on the issue of the validity of the assessment.

DONE, this the 8th day of August, 2007

                     /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE