IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JOE REEVES,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** ) | CASE NO. 1:05-CV-00542-MHT |

**JOINT MOTION TO AMEND**
**COURT'S OPINION ENTERED ON AUGUST 8, 2007**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the plaintiff, Timothy Joe Reeves, and the defendant, United States of America, respectfully move this Court to amend its Opinion entered in the above-captioned action on August 8, 2007. The amendment is necessary to reflect the correct basis upon which this Court has jurisdiction to consider this action.

In the Court's Opinion, at page 2, the Court states that "[t]his court's jurisdiction is proper pursuant to 26 U.S.C. § 6213." However, that statute pertains only to certain matters over which the United States Tax Court has exclusive jurisdiction. Under § 6213, the Tax Court has exclusive jurisdiction to review and consider a petition filed by a taxpayer for redetermination of a tax deficiency. The action before this district court does not involve a petition for redetermination of a tax deficiency and, therefore, this Court cannot have jurisdiction over this action pursuant to 26 U.S.C. § 6213.

Instead, this action involves a refund suit commenced by the plaintiff to recover certain wagering taxes paid by him for certain tax periods and a counterclaim filed by the defendant to

recover the remaining unpaid wagering tax assessment due and owing by plaintiff. This Court has jurisdiction over plaintiff's refund suit pursuant to 28 U.S.C. §§ 1340 and 1346(a)(1). This Court has jurisdiction over the government's counterclaim pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1346(c). See also, Order on Pretrial Hearing entered on May 16, 2007, at page 2, ¶ 2.

For the above reasons, the parties respectfully request that the Court amend its Opinion entered on August 8, 2007 to reflect that the Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340, 1346(a)(1) and (c).

Dated this 23rd day of August 2007.

LEURA GARRETT CANARY
United States Attorney

| s/ G. David Johnston | s/ Lynne M. Murphy |
|---|---|
| G. DAVID JOHNSTON | LYNNE M. MURPHY |
| Bar No. ASB-8863-T636 | La. Bar No. 20465 |
| WILLIAM W. HINESLEY | D.C. Bar No. 485928 |
| Bar No. ASB-4423-E65W | JAMES T. LYONS |
| Attorney for Plaintiff | N.Y. Bar No. 3933868 |
| JOHNSTON, HINESLEY, FLOWERS | Trial Attorneys, Tax Division |
| & CLENNEY, P.C. | U.S. Department of Justice |
| 291 North Oates Street | P.O. Box 14198 |
| Dothan, Alabama 36303 | Ben Franklin Station |
| Telephone:   (334) 793-1115 | Washington, D.C. 20044 |
| | Telephone:   (202) 514-5881 |
| | (202) 514-5880 |

2694299.1

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Joint Motion To Amend Court's Opinion entered on August 8, 2007 has this 23rd day of August, 2007 been made by electronically filing the document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>William W. Hinesley, Esquire
>whinesley@JHFC-law.com
>
>G. David Johnston, Esquire
>djohnston@jhfc-law.com

>s/ Lynne M. Murphy
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C. 20044