IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMOTHY JOE REEVES,                )
                                   )
          Plaintiff,               )
                                   )
v.                                 )       CIVIL ACTION NO.  1:05cv542-MHT
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Defendant.               )

**ORDER**

It is hereby ORDERED that the mediation conference set for September 7, 2007 is hereby CANCELLED.

DONE this 29th day of August, 2007.

                        /s/ Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE