IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JOE REEVES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 1:05-CV-00542-MHT |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Upon consideration of the parties' joint motion and for good cause shown, it is

**ORDERED** that the Court's Order entered on August 8, 2007 (Doc. No. 58) is amended, in pertinent part, to provide that the parties are allowed until **Friday, November 30, 2007**, to complete mediation of the "validity of assessment" issue remaining to be resolved in the above-captioned action. If the parties do not resolve the "validity of assessment" issue by November 30, 2007, they are allowed until **Friday, December 14, 2007**, to re-file their summary judgment motions on that issue.

    **DONE**, this the _____ day of September, 2007.

_____
**UNITED STATES DISTRICT JUDGE**