IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIMOTHY JOE REEVES,           )
                              )
    Plaintiff,                )
                              )
                              )       CIVIL ACTION NO.
    v.                        )         1:05cv542-MHT
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )
```

### ORDER

The parties have apprised the court of typographical errors in its opinion.  It is therefore ORDERED as follows:

(1) The joint motion to amend (Doc. No. 60) is granted.

(2) Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the opinion (Doc. No. 57) is corrected as follows:

On the second page of the opinion, it reads,

> "This court's jurisdiction is proper pursuant to 26 U.S.C. § 6213."

It should be corrected to read,

> "This court's jurisdiction over the plaintiff's refund suit is proper pursuant to 28 U.S.C. §§ 1340 and 1346(a)(1). This court has jurisdiction over the government's counterclaim pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1346(c)."

DONE, this the 31st day of August, 2007.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE