IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIMOTHY JOE REEVES,         )
                            )
    Plaintiff,               )
                            )     CIVIL ACTION NO.
    v.                      )       1:05cv542-MHT
                            )
UNITED STATES OF AMERICA,   )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED as follows:

(1) The joint motion to amend (Doc. No. 62) is granted.

(2) The parties are allowed until November 30, 2007, to complete mediation. If the parties do not resolve by then the remaining issue of the validity of the assessment, they are allowed until December 14, 2007, to re-file their summary-judgment motions on the issue of the validity of the assessment.

DONE, this the 31st day of August, 2007

                                  /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE