IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JOE REEVES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-00542-MHT |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION FOR ENTRY
OF AGREED JUDGMENT**

By Orders entered on August 8 and 31, 2007, the Court ordered, in pertinent part, that the plaintiff, Timothy Joe Reeves, and the defendant, United States of America, be allowed until November 30, 2007, to complete mediation or otherwise settle the "validity of assessment" issue remaining to be resolved in the above-captioned action. (Doc. Nos. 58 and 64). On November 28, 2007, the parties compromised and/or settled the remaining issue in this case. As evidence of their settlement agreement, the parties have executed an agreed judgment that is attached hereto and made a part hereof. The agreed judgment is consistent with the terms of the parties'

settlement.  In view of the above, the parties respectfully move the Court to enter the agreed judgment and close this case as no further matters need to be resolved.

Dated this 5th day of December, 2007.

|  |  |
|---|---|
|  | LEURA GARRETT CANARY<br>United States Attorney |
| s/ G. David Johnston | s/ Lynne M. Murphy |
| G. DAVID JOHNSTON | LYNNE M. MURPHY |
| Bar No. ASB-8863-T636 | La. Bar No. 20465 |
| WILLIAM W. HINESLEY | D.C. Bar No. 485928 |
| Bar No. ASB-4423-E65W | JAMES T. LYONS |
| Attorney for Plaintiff | N.Y. Bar No. 3933868 |
| JOHNSTON, HINESLEY, FLOWERS | Trial Attorneys, Tax Division |
| & CLENNEY, P.C. | U.S. Department of Justice |
| 291 North Oates Street | P.O. Box 14198 |
| Dothan, Alabama  36303 | Ben Franklin Station |
| Telephone:    (334) 793-1115 | Washington, D.C.  20044 |
|  | Telephone:    (202) 514-5881 |
|  |                         (202) 514-5880 |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Joint Motion for Entry of Agreed Judgment, including Agreed Judgment, has this 5th day of December, 2007 been made by electronically filing the document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        William W. Hinesley, Esquire
        whinesley@JHFC-law.com

        G. David Johnston, Esquire
        djohnston@jhfc-law.com


                                s/ Lynne M. Murphy
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 14198
                                Ben Franklin Station
                                Washington, D.C.  20044