IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 1:05-CV-00542-T |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the defendant, Timothy Joe Reeves, by and through his undersigned attorneys, pursuant to Federal Rules of Civil Procedure 7.1 and this Court's Order of June 12, 2007 and notice from the Clerk of Court, dated December 4, 2007, and submits the following conflict disclosure statement:

1. Defendant, Timothy Joe Reeves, is an individual not subject to the disclosure requirements of Federal Rules of Civil Procedure 7.1.

Respectfully submitted this 6th day of December, 2007.

Respectfully submitted,

/s/ *G. David Johnston*
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney
& Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

/s/ *William W. Hinesley*
William W. Hinesley
Bar No. ASB-4423-E65W
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney
& Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have served a copy of the foregoing Conflict Disclosure Statement upon Lynne M. Murphy, Esq., Attorney for Defendant, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at United States Department of Justice, Post Office Box 14198, Ben Franklin Station, Washington, D.C. 20044-4198, on this 6th day of December, 2007.

/s/ *G. David Johnston*
G. David Johnston
Bar No. ASB-8863-T636
Attorney for Plaintiff
Johnston, Hinesley, Flowers, Clenney
& Turner, P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115