IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMIOTHY JOE REEVES,       )<br>                              )<br>    Plaintiff,              )<br>                              )          CIVIL ACTION NO.<br>    v.                        )           1:05cv542-MHT<br>                              )<br>UNITED STATES OF AMERICA,    )<br>                              )<br>    Defendant.               ) | |

```
TIMOTHY JOE REEVES,         )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )      1:05cv542-MHT
                            )
UNITED STATES OF AMERICA,   )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the joint motion for entry of agreed judgment (Doc. No. 66) is granted.

DONE, this the 17th day of December, 2007.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE