# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY JOE REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-CV-00542-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## AGREED JUDGMENT

In accordance with the parties' agreement to resolve the above-captioned action, the Court has determined that judgment should be entered consistent with that agreement. Accordingly, it is **ORDERED, ADJUDGED** and **DECREED** that:

    **1.**    Plaintiff, Timothy Joe Reeves, is indebted to the defendant, United States, for federal excise taxes in the amount of $335,000 for the tax periods ended September 30, 1994 through January 31, 1995, September 30, 1995 through January 31, 1996, and September 30, 1996 through January 31, 1997, plus interest thereon as is required by law.

    **2.**    Plaintiff, Timothy Joe Reeves, is indebted to the defendant, United States, for civil fraud penalties in the amount of $117,250 for the tax periods ended September 30, 1994 through January 31, 1995, September 30, 1995 through January 31, 1996, and September 30, 1996 through January 31, 1997, plus interest thereon as is required by law.

**3.** Each party shall bear their own respective costs, including any attorneys' fees.

**DONE**, this the 17th day of December, 2007.


                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**


AGREED AS TO SUBSTANCE AND FORM:

                LEURA GARRETT CANARY
                United States Attorney

| /s/ G. David Johnston | /s/ Lynne M. Murphy |
|---|---|
| G. DAVID JOHNSTON | LYNNE M. MURPHY |
| Bar No. ASB-8863-T636 | La. Bar No. 20465 |
| WILLIAM W. HINESLEY | D.C. Bar No. 485928 |
| Bar No. ASB-4423-E65W | JAMES T. LYONS |
| Attorney for Plaintiff | N.Y. Bar No. 3933868 |
| JOHNSTON, HINESLEY, FLOWERS | Trial Attorneys, Tax Division |
| & CLENNEY, P.C. | U.S. Department of Justice |
| 291 North Oates Street | P.O. Box 14198 |
| Dothan, Alabama 36303 | Ben Franklin Station |
| Telephone: (334) 793-1115 | Washington, D.C. 20044 |
| | Telephone: (202) 514-5881 |